1

| Approved, SCAO | | OSM CODE: LET |
|---|---|---|
| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF INGHAM | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>07-744-DE |

Estate of Satnam Singh Bhugra

TO:

> Narinder Bhugra
> 2163 White Owl Way
> Okemos, MI 48864
> 517-347-6860

You have been appointed and qualified as personal representative of the estate on May 17, 2007. You are authorized to do and perform all acts authorized by law except as to the following:

[ ] Real estate or ownership interests in a business entity excluded from your responsibilities in your acceptance of appointment
[ ] Restrictions and limitations:

[ ] These letters expire: _N/A_
Date

MAY 1 7 2007
Date

**GEORGE M. STRANDER**
Judge (formal proceedings)/Register (informal proceedings)   Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Fraser Trebilcock Davis & Dunlap, PC
Michael H. Perry    P22890
Attorney name (type or print)    Bar no.
124 W. Allegan Street, Suite 1000
Address
Lansing, MI 48933    (517) 482-5800
City, state, zip    Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original and that these letters are in full force and effect as of the date on the letters.

5-17-07
Date                                Deputy Register

below this line - For court use only

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601, MCR 5.202(A)
PC 572 (9/02) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE    MCR 5.206, MCR 5.307, MCR 5.310