# 2

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA — 3200501003499

| Field | Value |
|---|---|
| 1. Name of Decedent — First (Given) | Satnam |
| 2. Middle | Sigh |
| 3. Last (Family) | Bhugra |
| 4. Date of Birth | 09/01/1933 |
| 5. Age Yrs | 71 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | India |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | No |
| 12. Marital Status at Time of Death | Married |
| 7. Date of Death | 05/19/2005 |
| 8. Hour (24 Hours) | 2330 |
| 13. Education | Professional |
| 14/15. Was Decedent Hispanic/Latino(a)/Spanish? | No |
| 16. Decedent's Race | Asian Indian |
| 17. Usual Occupation | Professor |
| 18. Kind of Business or Industry | Education |
| 19. Years in Occupation | 41 |
| 20. Decedent's Residence | 2163 Whiteowl Way |
| 21. City | Okemos |
| 22. County/Province | Ingham |
| 23. Zip Code | 48864 |
| 24. Years in County | 30 |
| 25. State/Foreign Country | MI |
| 26. Informant's Name, Relationship | Amritpreet S. Bhugra, Son |
| 27. Informant's Mailing Address | 2163 Whiteowl Way, Okemos, MI 48864 |
| 28. Name of Surviving Spouse — First | Narinder |
| 29. Middle | Kaur |
| 30. Last (Maiden Name) | Arora |
| 31. Name of Father — First | Harnam |
| 32. Middle | Singh |
| 33. Last | Bhugra |
| 34. Birth State | India |
| 35. Name of Mother — First | Ranjit |
| 36. Middle | - |
| 37. Last (Maiden) | Kaur |
| 38. Birth State | India |
| 39. Disposition Date | 05/25/2005 |
| 40. Place of Final Disposition | Residence of Amritpreet S. Bhugra, 2163 Whiteowl Way, Okemos, MI 48864 |
| 41. Type of Disposition(s) | TR/CR/RES |
| 43. License Number | 5532 |
| 44. Name of Funeral Establishment | CHAPEL OF THE VALLEY MORTUARY |
| 45. License Number | FD-876 |
| 47. Date | 05/24/2005 |
| 101. Place of Death | Gym |
| 103. If Other Than Hospital | Other |
| 104. County | Alameda |
| 105. Facility Address or Location | 39802 Cedar Boulevard |
| 106. City | Newark |
| 107. Cause of Death | |
| Immediate Cause (A) | Cardiac insufficiency — Minutes |
| (B) | Severe coronary artery calific atherosclerosis — Years |
| (C) | None |
| (D) | None |
| 108. Death Reported to Coroner? | Yes — 2005-01514 |
| 109. Biopsy Performed? | No |
| 110. Autopsy Performed? | Yes |
| 111. Used in Determining Cause? | Yes |
| 112. Other Significant Conditions | None |
| 113. Was Operation Performed | No |
| 119. Manner of Death | Natural |
| 126. Signature of Coroner / Deputy Coroner | #26 |
| 127. Date | 05/23/2005 |
| 128. Type Name, Title of Coroner | N. Contreras #26, Deputy Coroner |
| Fax Auth. # | 12226 |

1 of 2

*000470717*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/27/2005

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA



This copy not valid unless prepared on engraved border displaying original signature of Registrar.

## CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

**AFFIDAVIT TO AMEND A RECORD**
**DEATHS AFTER 1-1994**
NO ERASURES, WHITEOUTS, OR ALTERATIONS

STATE FILE NUMBER: 
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3200501003499

STATE/LOCAL REGISTRAR USE ONLY: 1. | 2. | 3.

### PART I — INFORMATION TO LOCATE RECORD—TYPE OR PRINT IN BLACK INK ONLY

NAME AS IT APPEARS ON RECORD:
- 1. NAME—FIRST (GIVEN): Satnam
- 2. MIDDLE: Sigh
- 3. LAST (FAMILY): Bhugra

ADDITIONAL INFORMATION TO LOCATE RECORD:
- 4. SEX: M
- 5. DATE OF EVENT—MM/DD/CCYY: 05/19/2005
- 6. CITY OF OCCURRENCE: Newark
- 7. COUNTY OF OCCURRENCE: Alameda
- 8. FATHER'S NAME AS STATED ON ORIGINAL: Harnam Singh Bhugra
- 9. MOTHER'S NAME AS STATED ON ORIGINAL: Ranjit Kaur

### PART II — STATEMENT OF CORRECTIONS—NO ERASURES, WHITEOUTS, OR ALTERATIONS

| 10. CERTIFICATE ITEM NUMBER | 11. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 12. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 2 | Sigh | Singh |

[2 of 2]

**REASON FOR CORRECTION:** 13. To make the record correct

**AFFIDAVITS AND SIGNATURES:** We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM — USE BLACK INK ONLY

- 14. SIGNATURE OF FIRST PERSON: [signed] Nom Curtis
- 15. TITLE/RELATIONSHIP TO PERSON IN PART I: Manager
- 16. DATE SIGNED—MM/DD/CCYY: 05/24/2005
- 17. AGE: Adult
- 18. ADDRESS: 20359 Lake Chabot Road, Castro Valley, CA 94546

- 19. SIGNATURE OF SECOND PERSON: [signed] Virginia Bear
- 20. TITLE/RELATIONSHIP TO PERSON IN PART I: Secretary
- 21. DATE SIGNED—MM/DD/CCYY: 05/24/2005
- 22. AGE: Adult
- 23. ADDRESS: 20359 Lake Chabot Road, Castro Valley, CA 94546

STATE/LOCAL REGISTRAR USE ONLY:
- 24. SIGNATURE OF STATE OR LOCAL REGISTRAR: [signed] m.d.
- 25. DATE ACCEPTED FOR REGISTRATION—MM/DD CCYY:

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

*000470707*

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/27/2005

[signed] m.d.
HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.