WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, deceased and Narinder Bhugra, Maninder Bhugra and Paul Bhugra, individually

Plaintiff(s),

Case No. 07-

v.

Marriott International, Inc., a Delaware Corporation, CNL Hotels and Resorts, Inc., a foreign corporation, CNL Hospitality Partners, LP, a Delaware Limited Partnership, and John Does, one or more unknown business entities and/or persons

Defendants            /

FILED - LM
07 MAY 18 PM 2:02
[RONALD C. WESTON] CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH.

1:07CV0482

Gordon J. Quist
U.S. District Judge

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, deceased and Narinder Bhugra, Maninder Bhugra and Paul Bhugra, individually
(Party Names)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: _____May 18, 2007_____        _____
                                           (Signature)