# SUMMONS IN A CIVIL ACTION

**1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, deceased, et al

v.

Marriott International, Inc., CNL Hotels and Resorts, Inc., CNL Hospitality Partners, LP and John Does

DOCKET NO. **1:07 CV 0482**

TO: Marriott International, Inc.
10400 Fernwood Boulevard
Bethesda, MD 20817

Certified Article Number
7160 3901 9848 8670 8063
SENDERS RECORD

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY
Michael H. Perry (P22890)
Fraser Trebilcock Davis & Dunlap, PC
124 West Allegan, Suite 1000
Lansing, MI 48933

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _Paula J. Killyprintz_ (signature)
(Deputy Clerk)

(SEAL)

DATED: **MAY 1 8 2007**

| ☒ 399 Federal Building | ☐ 229 Federal Building | ☐ B-35 Federal Building | ☐ 113 Federal Building |
|---|---|---|---|
| 110 Michigan St., N.W. | 202 W. Washington St. | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

**2. RETURN OF SERVICE**

Service of the Summons and Complaint was made by me.***

DATE: May 22, 2007

Name of Server (print): Michael H. Perry      Title: Attorney

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the resident agent by certified mail, return receipt requested, and by mailing a copy to the corporation itself.

**3. STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

*** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

4/2005

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9848 8670 8063 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X _(signature)_ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL | _(East Lansing MI 48823 postmark)_ | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |

1. Article Addressed to:

Marriott International, Inc.
c/o The Prentice-Hall Corporation System, Inc.
601 Abbott Road
East Lansing, MI  48823

Reference Information

**RETURN RECEIPT REQUESTED**

Michael H. Perry

PS Form 3811, July 2001        Domestic Return Receipt