**SUMMONS IN A CIVIL ACTION**

Gordon J. Quist
U.S. District Judge

| 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN |
|---|

Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, deceased, et al,

v.

Marriott International, Inc., CNL Hotels and Resorts, Inc., CNL Hospitality Partners, LP and John Does

DOCKET NO. **1:07 CV 0482**

TO: CNL Hospitality Partners, LP
CNL Center II
420 South Orange Avenue
Suite 700
Orlando, FL 32801-3313

Certified Article Number
7160 3901 9848 8670 8070
SENDERS RECORD

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY

Michael H. Perry (P22890)
Fraser Trebilcock Davis & Dunlap, PC
124 West Allegan, Suite 1000
Lansing, MI 48933

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _[signature]_
(Deputy Clerk)

DATED: **MAY 18 2007**

(SEAL)

☑ 399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

☐ 229 Federal Building
202 W. Washington St.
Marquette, MI 49855

☐ B-35 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

☐ 113 Federal Building
315 W. Allegan
Lansing, MI 48933

**2. RETURN OF SERVICE**

Service of the Summons and Complaint was made by me.***

DATE: May 24, 2007

Name of Server (print): Michael H. Perry      Title: Attorney

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the resident agent by certified mail, return receipt requested, and by mailing a copy to the corporation itself.

**3. STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

*** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

4/2005

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9848 8670 8070<br><br>3. Service Type   **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes<br>1. Article Addressed to:<br><br>CNL Hospitality Partners, LP<br>c/o The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI  48025 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly)   B. Date of Delivery<br>**MAY 2 4 2007**<br>C. Signature<br>X The Corporation Company   ☐ Agent / ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>Reference Information<br><br>**RETURN RECEIPT REQUESTED**<br><br>Michael H. Perry |

PS Form 3811, July 2001        Domestic Return Receipt