WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NARINDER BHUGRA, et al

    Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, et al

    Defendant(s).
_____/

Case No.  1:07 CV0482

Judge Gordon J. Quist

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, <u>CNL Hotels and Resorts, Inc.</u> (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? [ ] Yes [✓] No

2. Does party have any parent corporations? [✓] Yes [ ] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   MS Resorts I, LLC

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? [ ] Yes [✓] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? [ ] Yes [✓] No
   If yes, identify entity and nature of interest:

Date: _____June 15, 2007_____       _____/s/Leonard A. Henk_____
                                                                                               (Signature)

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 15, 2007**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send the notification of such filing to the following ECF participant: **Disclosure of Corporate Affiliations and Financial Interest as to CNL Hotels and Resorts, Inc, and Certificate of Service.**

Michael H. Perry (P22890)
Fraser, Trebilcock, Davis & Dunlap, PC
Attorneys for Plaintiffs
124 W. Allegan, Suite 1000
Lansing, Michigan 48933

       s/Leonard A. Henk
       LEONARD A. HENK (P26651)
       Attorney for Defendants Marriott, CNL
       Hotels, and CNL Hospitality Only
       43902 Woodward Avenue, Suite 200
       Bloomfield Hills, MI 48302
       (248) 335-5450, Ext. 202
       Lhenk@kallashenk.com