WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NARINDER BHUGRA, et al

       Plaintiff(s),

       Case No.  1:07 CV0482

v.

       Judge Gordon J. Quist

MARRIOTT INTERNATIONAL, et al

       Defendant(s).

_____ /

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,

                  CNL Hospitality Partners, LP
                           (Party Name)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2.  Does party have any parent corporations? ☑ Yes ☐ No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    General partner (20%) is CNL Hospitality, G.P. Corp.
    Limited partner (80%) is CNL Hospitality, L.P. Corp.

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
    If yes, identify entity and nature of interest:

Date: _____June 15, 2007_____

                 /s/Leonard A. Henk
                      (Signature)

## CERTIFICATE OF SERVICE

I hereby certify that on **June 15, 2007**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send the notification of such filing to the following ECF participant: **Disclosure of Corporate Affiliations and Financial Interest as to CNL Hospitality Partners, LP and Certificate of Service.**

Michael H. Perry (P22890)
Fraser, Trebilcock, Davis & Dunlap, PC
Attorneys for Plaintiffs
124 W. Allegan, Suite 1000
Lansing, Michigan 48933

       s/Leonard A. Henk
       LEONARD A. HENK (P26651)
       Attorney for Defendants Marriott, CNL
       Hotels, and CNL Hospitality Only
       43902 Woodward Avenue, Suite 200
       Bloomfield Hills, MI  48302
       (248) 335-5450, Ext. 202
       Lhenk@kallashenk.com