**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

December 17, 2007

Northern District of California
Phillip Burton US Courthouse, 16th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

RE:   Bhugra et al v. Marriott International, Inc. Et al
      OUR Case No. 1:07-cv-00482  Hon. Robert J. Jonker

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the Northern District of California filed December 14, 2007, we are herewith sending certified copies of our order of transfer and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ E. Copple

By:  Deputy Clerk