UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARINDER BHUGRA, personal
representative of the Estate of DR.
SATNAM SINGH BHUGRA, deceased
and NARINDER BHUGRA,
MANINDER BHUGRA and PAUL
BHUGRA, individually

      Plaintiffs,

v.                                 CASE NO. 1:07-CV-482

HON. ROBERT J. JONKER

MARRIOTT INTERNATIONAL, INC.,
a DELAWARE CORPORATION, CNL
HOTELS AND RESORTS, INC., a
foreign corporation, CNL HOSPITALITY
PARTNERS, INC., a Delaware limited
partnership, and JOHN DOES, one or more
unknown business entities and/or persons

      Defendants.
_____/

## ORDER

This matter is before the Court on Defendants' Motion to Transfer Venue (docket # 20). The Court heard oral argument on the motion on December 13, 2007. Based on its review of the record, and for the reasons stated in detail in the hearing, the Court concludes that a transfer of venue under 28 U.S.C. § 1404(a) (2000) from this Court to the United States District Court for the Northern District of California is warranted. Accordingly, **IT IS ORDERED**: Defendants' Motion to Transfer Venue (docket # 20) is

**GRANTED**, and the case is **TRANSFERRED** to the United States District Court for the Northern District of California.


Dated:   December 14, 2007         /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE