UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NARINDER BHUGRA et al,

          Plaintiff,

  v.

MARRIOTT INTERNATIONAL et al,

          Defendant.

Case Number: CV07-06491 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard A. Henk
Kallas & Henk PC
43902 Woodward Avenue
Suite 200
Bloomfield Hills, MI 48302-5022

Michael H. Perry
Fraser Trebilcock Davis & Dunlap PC (Lansing)
124 W Allegan
Suite 1000
Lansing, MI 48933

Ryan Kenneth Kauffman
Fraser Trebilcock Davis & Dunlap PC (Lansing)
124 W Allegan
Suite 1000
Lansing, MI 48933

Dated: January 18, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk