1  Michael W. Caspino, SBN 171906
   Norine M. Busser, SBN 143363
2  BRADY, VORWERCK, RYDER & CASPINO
   A Law Corporation
3  Station Plaza
   3100 Oak Road, Suite 250
4  Walnut Creek, California 94597
   Telephone: (925) 274-9500
5  Fax: (925) 274-9501

6  Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS,
   L.P., and CNL HOTELS AND RESORTS, INC.
7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   NARINDER BHUGRA, a personal              Case No. C 07-06491 JCS
12 representative of the Estate of DR. SATNAM
   SINGH BHUGRA, MANINDER BHUGRA            SUBSTITUTION OF ATTORNEY
13 and PAUL BHUGRA, individually

14
        Plaintiffs,
15
   vs.
16
   MARRIOTT INTERNATIONAL, INC., a
17 Delaware Corporation, CNL HOTELS AND
   RESORTS, INC., a foreign corporation, CNL
18 HOSPITALITY PARTNERS, LP, a Delaware
   Limited Partnership, and JOHN DOES, one or
19 more unknown business entities and/or persons,
20
21      Defendants.
22

23 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24      Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS,

25 L.P., and CNL HOTELS AND RESORTS, INC. hereby substitute the firm of Brady, Vorwerck,

26 Ryder & Caspino as counsel of record in place and instead of the law firm of Kallas & Henk PC.

27 All further correspondence, notices, and pleadings should be directed to Michael W. Caspino and

28

BRADY, VORWERCK
& RYDER
3100 Oak Road
Suite 250
Walnut Creek, CA 94597

1
SUBSTITUTION OF ATTORNEY

Norine M. Busser, Brady, Vorwerck, Ryder & Caspino, 3100 Oak Road, Suite 250, Walnut Creek, CA 94597, telephone: (925) 274-9500, fax: (925) 274-9501.

I consent to the above substitution.

Dated:

_____
Donna Starr
MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

I consent to being substituted.

Dated:

_____
Leonard A. Henk
KALLAS & HENK PC

I consent to the above substitution.

Dated: 1/7/08

_____
Michael W. Caspino
Norine M. Busser
BRADY, VORWERCK, RYDER AND CASPINO

1  **IT IS SO ORDERED:**

3  Dated: _____

6  _____
   JOSPEH C. SPERO, U.S. MAGISTRATE JUDGE

BRADY, VORWERCK
& RYDER
3100 Oak Road
Suite 250
Walnut Creek, CA 94597

3
SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

I, Ann Calvillo, declare:

I am a citizen of the United States, am over the age of eighteen years, an am not a party to or interested in the within entitled cause. My electronic notification address is acalvillo@bvrclaw.com.

On January 23, 2008, I serve the following document(s) on the parties in the within action:

### SUBSTITUTION OF ATTORNEY

**by placing the original/true copies thereof enclosed in sealed envelopes addressed as follows:**

Plaintiff's Counsel:
Michael H. Perry, Esq.
Fraser Tebilocock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933

Counsel for Marriott International, Inc.:
Leonard A. Henk, Esq.
Kallas & Henk, P.C.
43902 Woodward Avenue, Suite 200
Bloomfield, MI 48302

☒ **BY MAIL:** I deposited such envelopes in the mail at Walnut Creek, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **January 23, 2008**, at Walnut Creek, California.

☒ **BY ELECTRONIC SERVICE:** I am familiar with the business practice for electronic service. The above-described document(s) was/were served electronically and the transmission was reported as complete and without error to the parties listed herein as follows:

I declare under penalty of perjury under the laws of the Stated of California that the foregoing is a true and correct statement and that this Certificate was executed on January 23, 2008.

/s/ Ann Calvillo
ANN CALVILLO