UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NARINDER BHUGRA, ET AL.

        Plaintiff(s),

   v.

MARRIOTT INTERNATIONAL, ET AL.

        Defendant(s).

No. C 07-06491 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: JANUARY 22, 2008

_____
Signature

Counsel for   DEFENDANTS
(Plaintiff, Defendant or indicate "pro se")

## CERTIFICATE OF SERVICE

I, Ann Calvillo, declare:

I am a citizen of the United States, am over the age of eighteen years, an am not a party to or interested in the within entitled cause. My electronic notification address is acalvillo@bvrclaw.com.

On January 23, 2008, I serve the following document(s) on the parties in the within action:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**by placing the original/true copies thereof enclosed in sealed envelopes addressed as follows:**

Plaintiff's Counsel:
Michael H. Perry, Esq.
Fraser Tebilocock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933

☒ **BY MAIL:** I deposited such envelopes in the mail at Walnut Creek, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **January 23, 2008**, at Walnut Creek, California.

☒ **BY ELECTRONIC SERVICE:** I am familiar with the business practice for electronic service. The above-described document(s) was/were served electronically and the transmission was reported as complete and without error to the parties listed herein as follows:

I declare under penalty of perjury under the laws of the Stated of California that the foregoing is a true and correct statement and that this Certificate was executed on January 23, 2008.

/s/ *Ann Calvillo*
ANN CALVILLO