UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | Case No. C07-06491 JCS |
| Plaintiff(s), | |
| v. | **ORDER TAKING PLAINTIFFS' COMBINED MOTION FOR RECONSIDERATION OFF CALENDAR AND NOTICE THAT PLAINTIFFS FILE A CONSENT OR DECLINATION BEFORE THE MAGISTRATE JUDGE** |
| MARRIOTT INTERNATIONAL, ET AL., | |
| Defendant(s). | |

On January 17, 2008, Plaintiffs' Combined Motion and Brief for Reconsideration (the "Motion") was denied by the Honorable Robert J. Jonker, Western District of Michigan, Southern Division.

IT IS HEREBY ORDERED THAT the Motion is taken off calendar.

IT IS HEREBY FURTHER ORDERED that Plaintiffs' shall file a Consent or Declination before the U.S. Magistrate Judge within ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated: February 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge