UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 PM 12: 46

| | |
|---|---|
| NARINDER BHUGRA, personal representative of the Estate of DR. SATNAM SINGH BHUGRA, deceased and NARINDER BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br><br>Plaintiffs,<br><br>v<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, L.P., a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br><br>Defendants. | Case No.: C 07-06491-JCS<br><br>Hon. Joseph C. Spero |

| | |
|---|---|
| Michael H. Perry (P22890)<br>Fraser Trebilcock Davis & Dunlap, P.C.<br>Attorneys for Plaintiffs<br>124 W. Allegan, Suite 1000<br>Lansing, Michigan 48933<br>Telephone: (517) 482-5800<br>Fax: (517) 482-0887 | Michael W Caspino<br>Norine M Busser<br>Brady Vorwerck Ryder & Caspino<br>Attorneys for Defendants<br>3100 Oak Road, Suite 250<br>Walnut Creek, CA 94597<br>Telephone: (925) 274-9500<br>Fax: (925) 274-9501 |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF INGHAM     )

Jane A. Speight, being first duly sworn, deposes and says that on this 21st day of February, 2008, she served a copy of Consent to Proceed Before a United States Magistrate Judge upon the following individual(s):

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933

Michael W Caspino
Norine M Busser
Brady Vorwerck Ryder & Caspino
Attorneys for Defendants
3100 Oak Road, Suite 250
Walnut Creek, CA 94597

by placing the same in an envelope(s) addressed to said individual(s) at the aforesaid business address(es) and depositing same in the U.S. mail.

_____
Jane A. Speight

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933