# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NARINDER BHUGRA, etc.

      Plaintiff(s),

       v.

MARRIOTT INTERNATIONAL, INC., et al.

      Defendant(s).

_____/

CASE NO. C 07-06491 JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

  have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  April 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Michael W. Caspino | Defendants | (714) 703-2111 | mcaspino@bvrclaw.com |
| Michael H. Perry | Plaintiffs | (517) 482-5800 | m/perry@fraserlawfirm.com |

(Admitted in Michigan but not admitted in California or US District Court of No. California)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3-14-08

            Michael H. Perry
            Attorney for Plaintiff

Dated: 3-14-08

            Michael W. Caspino
            Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."