Michael W. Caspino, Esq. / SBN 171906
Ravi Sudan, Esq. / SBN 146858
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
Station Plaza
3100 Oak Road, Suite 250
Walnut Creek, California 94597
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, a personal representative of the Estate of Dr. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INCL., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br><br>Defendant. | Case No. C 07-06491 JCS<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. CNL Hospitality, G. P. Corp. has 20% and CNL Hospitality, L. P. Corp. has 80% ownership interest in defendant CNL Hospitality Partners, LP.

2. MS Resorts I, LLC is a parent corporation of defendant CNL Hotels and Resorts,

1  Inc.

2  3. Other than the named parties and the above disclosure, there is no such interest to
3  report on the part of defendants.

DATED: March 31, 2008                    BRADY, VORWERCK, RYDER & CASPINO

By: /s/ Ravi Sudan
Michael W. Caspino
Ravi Sudan
Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

2
*DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS*

## PROOF OF SERVICE
### (*Code Civ. Proc.*, § 1013a(3))

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 790 The City Drive, Fourth Floor, Orange, CA 92868-4941.

On **March 31, 2008**, I served the foregoing document described as **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action:

[X]  by placing the original/true copies thereof enclosed in sealed envelopes addressed as follows:

Michael H. Perry
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, Michigan 48933
(517) 482-5800 – (517) 482-0887 - Fax

[X]  **BY MAIL:**  I deposited such envelopes in the mail at Orange, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **March 31, 2008**, at Orange, California.

[ ]  **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to counsel listed on the attached personal service list. Executed on _____, at Orange, California.

[ ]  **BY FACSIMILE TRANSMISSION:**  On [DATE], 2008, at [TIME], I transmitted the above entitled document by fax to each counsel listed [SELECT ONE: **ABOVE** OR **ON THE ATTACHED SERVICE LIST**], to the fax machine telephone number listed for each counsel. The telephone number on the fax machine I used is (714) 703-2121 and the fax machine complied with Rule 2.300(3). The transmission was reported as complete and without error. The transmission report was properly issued by the sending fax machine and, pursuant to Rule 2.306 (g)(4), a copy of the transmission report is attached to this declaration.

[ ]  **(Federal Express):**  I prepared such envelope(s) to be picked up from our offices in Orange, California the same day, providing for overnight delivery. The envelopes were mailed in accordance with our firm's contract with the overnight mail service. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.

[X]  **(State):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PAMELA SCHULD

*DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS*