# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-06491 JCS**

**CASE NAME:  NARINDER BHUGRA v. MARRIOTT INTERNATIONAL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: April 4, 2008    **TIME: 6 mins** | **COURT REPORTER**: Not Recorded |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Spencer Martinez | <u>**COUNSEL FOR DEFENDANT:**</u><br>Theodore Aldrich |

**PROCEEDINGS:**                                                                **RULING:**

1.  Initial Case Management Conference                                    Held

___

<u>**ORDERED AFTER HEARING:**</u>

Case referred to ENE to occur within 120 days.  An updated joint case management conference statement, which shall include cause of death evidence, shall be due by 8/1/8.

Plaintiffs may file formal Motion to Withdraw their Consent to Proceed before a U.S. Magistrate Judge.  Mr. Perry shall file his pro hac vice application.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO: 08/08/08 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** 11/15/08 |
| **Expert Disclosure:** 11/15/8 | **Expert Rebuttal:** | **Expert Discovery Cutoff:** 01/15/09 |
| **Motions Hearing: 03/20/09 at 9:30 a.m.** | | **Pretrial Conference:  07/31/09 at 1:30 p.m.** |

**Trial Date:    08/10/09 at 8:30 a.m.  (X)Jury     ()Court    Set for 8 days**

**cc:**       Chambers; Karen
* (T) = Telephonic Appearance