UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | No. C-07-06491 JCS |
| Plaintiff(s), | |
| v. | **ORDER TO SHOW CAUSE** |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

On April 14, 2008, this Court issued a Case Management and Pretrial Order (the "Court's Order") directing Plaintiffs' counsel to submit a pro hac vice application. To date Plaintiffs' counsel has not complied with this Court's Order.

IT IS HEREBY ORDERED that by **May 22, 2008**, Plaintiffs shall then and there show cause why the appearance of their counsel, Michael Perry, Ryan Kauffman, and the firm of Fraser, Trebilcock, et al, of Lansing, Michigan, should not be stricken for failure to comply with Civil L.R. 11-3(a).

IT IS SO ORDERED.

Dated: May 9, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge