1  Michael W. Caspino, Esq. / SBN 171906
   Ravi Sudan, Esq. / SBN 146858
2  BRADY, VORWERCK, RYDER & CASPINO
   A Law Corporation
3  Station Plaza
   3100 Oak Road, Suite 250
4  Walnut Creek, California 94597
   Telephone: (925) 274-9500
5  Fax: (925) 274-9501

6  Attorneys for Defendants MARRIOTT INTERNATIONAL, INC.,
   CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NARINDER BHUGRA, a personal            Case No. C 07-06491 JCS
    representative of the Estate of Dr. SATNAM
12  SINGH BHUGRA, MANINDER BHUGRA          **DEFENDANTS' OPPOSITION TO**
    and PAUL BHUGRA, individually,         **PLAINTIFFS' MOTION FOR STAY OF**
13                                         **PROCEEDINGS**

14              Plaintiffs,

15      v.

16  MARRIOTT INTERNATIONAL, INC., a
    Delaware Corporation, CNL HOTELS AND
17  RESORTS, INC., a foreign corporation, CNL
    HOSPITALITY PARTNERS, LP, a Delaware
18  Limited Partnership, and JOHN DOES, one or
    more unknown business entities and/or persons,

19              Defendant.

20

21      Defendants, Marriott International, Inc., CNL Hotels and Resorts, Inc., and CNL

22  Hospitality Partners, LP (collectively "Defendants") submit their memorandum of points and

23  authorities in support of their opposition to plaintiffs' motion for 120-day stay of proceedings as

24  follows:

25  1.   **INTRODUCTION**

26      This wrongful death action arises out of the death of Dr. Satnam Singh Bhugra (born on

27  September 1, 1933), when he was a guest at the Defendants' hotel in Newark, California on May

28  19, 2005.

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

1

*DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS*

1    According to the Police and Fire Department reports, at approximately 11:10 p.m.,
2  Stephanie Becket, another guest of the hotel first discovered the decedent lying on the floor when
3  she walked into the fitness room of the hotel.

4    Ms. Becket ran and advised hotel staff to call 9-1-1.  Thereafter, two of defendants'
5  employees, Janice Martin and Samir Bentaeib, separately called 9-1-1 to report the incident.  The
6  Fire Department Incident Report indicates that they were dispatched at 11:11 p.m. and arrived at
7  the Hotel at 11:16 p.m. and found Mr. Bhugra dead.  (A copy of the Fire Department Incident
8  Report and the Police Report is attached hereto as Exhibit "A" and "B" respectively.)

9    The coroner's report concluded that the cause of death was "cardiac insufficiency due to
10  severe calcific atherosclerosis."  The report specifically noted: "The left arterior descending artery
11  has stenosis of up to 80% occlusion or a length of 3 x 8 inch.  The left circumflex coronary artery
12  has stenosis of up to 99% occlusion over a length of 1 x 8 inch.  The right coronary artery has
13  stenosis of up to 75% occlusion over a length of 1 x 4 inch."  (A copy of the Coroner's Report is
14  attached hereto as Exhibit "C.")

15    Plaintiffs now sue Defendants for their alleged failure to: (a) acquire and install an
16  automatic external defibrillator (AED) in the hotel and, (b) notify emergency medical services in a
17  timely manner.

18  **2.    PLAINTIFFS' MOTION IS IMPROPER AND INTENDED TO CAUSE**
19  **UNNECESSARY DELAY.**

20    On December 27, 2007, this case was transferred from the United States District Court,
21  Western District of Michigan and filed in this District.  On the same day, this court issued an order
22  setting initial case management conference for April 4, 2008 and ADR deadlines.

23    More than two months later, on March 1, 2008, plaintiffs' counsel, Mr. Perry, advised
24  defendants' counsel that he was in the process of finding California counsel for the plaintiffs and
25  requested for a 60-day continuation of all deadlines set forth in the December 27, 2007 order.  (A
26  copy of Mr. Perry's March 3, 2008 letter confirming his telephone message is attached hereto as
27  Exhibit "D.")

28    On March 14, 2008, Mr. Perry telephonically conferred with defendants' counsel pursuant

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

2

*DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS*

1   to the December 27, 2007 order and again informed that he was in the process of finding California

2   counsel. On March 26, 2008, Mr. Perry sent a letter to Ms. Karen Hom, Courtroom Deputy, stating

3   that he was "endeavoring to retain California counsel to undertake the active handling of this

4   matter." (A copy of Mr. Perry's March 26, 2008 letter is attached hereto as Exhibit "E.")

5       In a joint case management conference statement filed on March 28, 2008, Mr. Perry again

6   repeated the same thing and informed that the plaintiffs would file a motion for a 60-day extension

7   of all proceedings.

8       On April 4, 2008, a case management conference was held when the court referred this case

9   to the alternative dispute resolution program for Early Neutral Evaluation to be completed within

10  120 days. Additionally, the court set the important dates and deadlines, including the trial date.

11      Plaintiffs have also failed to provide their responses to defendants' interrogatories and

12  request for production of documents, which are long overdue. (A copy of the defendants' counsel

13  letter of May 14, 2008 to Mr. Perry is attached hereto as Exhibit "F.")

14      It has been more than five months since this case was transferred to this court and plaintiffs

15  and their attorneys of record have been unable to retain California counsel to undertake the

16  handling of this matter. Apparently, the reason is simply that no California attorney wants to

17  prosecute a frivolous action like this and expose himself or herself to the sanctions under FRCP

18  Rule 11 and subsequent malicious prosecution action. (*Zamos v. Stroud* (2004) 32 Cal.4th 958, 960

19  [an attorney may be held liable for continuing to prosecute a lawsuit discovered to lack probable

20  cause.]) In fact, Mr. Perry has been advised of the holding in *Rotolo v. San Jose Sports &*

21  *Entertainment, LLC* (2007) 151 Cal.App.4th 307, wherein the court held that the building owners

22  and managers, such as Defendants herein, have no duty in the first instance to acquire and install an

23  automatic external defibrillator (AED). (*Id.* 314.) Further, as demonstrated in the coroner's report,

24  the decedent's death was caused by a hardening of coronary arteries, not by a ventricular

25  fibrillation. Therefore, even if an AED had been present in the fitness room, it would have been

26  completely ineffective and would not have saved the decedent's life. In view of the undisputed

27  facts and settled law, plaintiffs' action has no merit.

28      Plaintiffs' motion is solely intended to cause unnecessary delay of the dismissal of this

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

*DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS*

1  frivolous action.  Based on the foregoing, defendants respectfully request that the court deny

2  plaintiffs' motion.

3

4  DATED:  May 30, 2008                    BRADY, VORWERCK, RYDER & CASPINO

5

6  By: _____

7         MICHAEL W. CASPINO
          RAVI SUDAN
8         Attorneys for Defendants MARRIOTT
          INTERNATIONAL, INC., CNL
9         HOSPITALITY PARTNERS, L.P., and CNL
          HOTELS AND RESORTS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

4

*DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS*

**Incident Report**                              Newark Fire Department

**2005-5001119 -000**

| Basic | | |
|---|---|---|
| Alarm Date and Time | 23:11:52 | Thursday, May 19, 2005 |
| Arrival Time | 23:16:46 | |
| Controlled Date and Time | | |
| Last Unit Cleared Date and Time | 00:38:50 | Friday, May 20, 2005 |
| Response Time | 0:04:54 | |
| Priority Response | Yes | |
| Completed | Yes | |
| Reviewed | Yes | |
| Fire Department Station | 3 | |
| Shift | B | |
| Incident Type | 321 - EMS call, excluding vehicle accident with injury | |
| Aid Given or Received | N - None | |
| Alarms | 1 | |
| Action Taken 1 | 33 - Provide advanced life support (ALS) | |
| EMS Provided | Yes | |
| Apparatus - EMS | 3 | |
| Personnel - EMS Personnel | 5 | |
| Property Loss | $0.00 | |
| Contents Loss | $0.00 | |
| Property Value | $0.00 | |
| Contents Value | $0.00 | |
| Property Use | 449 - Hotel/motel, commercial | |
| Location Type | Address | |
| Address | 39802  CEDAR BLVD | |
| City, State Zip | NEWARK, CA 94560 | |
| District | 43 | |

| Apparatus - 3943 | | |
|---|---|---|
| Apparatus ID | 3943 | |
| Response Time | 0:02:48 | |
| Apparatus Dispatch Date and Time | 23:12:12 | Thursday, May 19, 2005 |
| In route to scene date and time | 23:13:58 | Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:16:46 | Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:38:42 | Friday, May 20, 2005 |
| Apparatus priority response | Yes | |
| Number of People | 3 | |
| Apparatus Use | 2 | |
| Apparatus Type | 11 - Engine | |
| Personnel 1 | SPE - Perry, Steven J | |
| | Position: 40CAPT | |
| Personnel 2 | VER - Verhoeven, Charles S | |
| | Position: 50FF | |
| Personnel 3 | BEL - Bell, Ronald J | |
| | Position: 50FF | |

| Apparatus - 3993 | | |
|---|---|---|
| Apparatus ID | 3993 | |
| Response Time | 0:02:45 | |

D 00001



EXHIBIT A     Printed:  09/07/2007 11:40:57

**Incident Report**

Newark Fire Department

**2005-5001119 -000**

| Apparatus - 3993 | |
|---|---|
| Apparatus Dispatch Date and Time | 23:12:23   Thursday, May 19, 2005 |
| En route to scene date and time | 23:14:01   Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:16:46   Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:04:13   Friday, May 20, 2005 |
| Apparatus priority response | Yes |
| Number of People | 2 |
| Apparatus Use | 2 |
| Apparatus Type | 71 - Rescue unit |
| Personnel 1 | MOR - Morua, Ernest R |
| | Position: 50FF |
| Personnel 2 | OWE - Owens, Gary C |
| | Position: 50FF |

| Apparatus - AMB1 | |
|---|---|
| Apparatus ID | AMB1 |
| Response Time | 0:08:31 |
| Apparatus Dispatch Date and Time | 23:13:36   Thursday, May 19, 2005 |
| En route to scene date and time | 23:14:04   Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:22:35   Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:38:50   Friday, May 20, 2005 |
| Apparatus priority response | Yes |
| Apparatus Use | 2 |
| Apparatus Type | 76 - ALS unit |

| Authority | |
|---|---|
| Reported By | SPE - Perry, Steven J |
| | 07:11:10   Sunday, May 22, 2005 |
| Officer In Charge | SPE - Perry, Steven J |
| | 19:11:58   Wednesday, December 14, 2005 |
| Reviewer | JAY - Jay, Michael D |
| | 19:11:53   Wednesday, December 14, 2005 |

| Narratives | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author | - , |
| Narrative Text | F2005001147   EMS     ( F ) - MEDICAL CALL  SINGLE PATIENT |
| | TOWNEPLACE SUITES BY MARRIOTT          COMPLETE |
| | SPECIAL ADDRESS COMMENT:                                  ** LOI |
| | SEARCH C |
| Narrative Name | Towne Place IC-3943 |
| Narrative Type | Incident |
| Narrative Date | 06:55:15   Sunday, May 22, 2005 |
| Author | SPE - Perry, Steven J |
| Author Rank | 40CAPT |
| Author Assignment | 1 |
| Narrative Text | At 2311 hours on Thursday May 19, 2005 we were dispatched to an EMS call. Three units were assigned to this incident. Five personnel responded. We arrived on scene at 2316 |

**Incident Report**

Newark Fire Department

2005-5001119 -000

| Narratives |
| --- |

hours and cleared at 0038 hours. The incident occurred at 39802 CEDAR Blvd, NEWARK in District 43. The local station is 3. The general description of this property is hotel/motel, commercial. The primary task(s) performed at the scene by responding personnel was to provide advanced life support (ALS). No mutual/automatic aid was given or received.

One patient was involved with this incident.

3943 and 3993 responded to a report of a man down (possible code blue) in the fitness room at Towne Place Suites. Upon arrival we found the patient slumped on the floor next to the treadmill and the wall.

We moved the treadmill to gain access to the patient. We positioned the patient supine on the floor. Paramedic Bell assessed the patient for a pulse and responsiveness. The patient was not breathing and did not have a pulse. N.P.D. Officers arrived on scene.

Firefighter Morua started CPR. I advised dispatch that we were working a "code blue". We applied the heart monitor to the patient. N.P.D. assisted us in locating the patient's family.

Paramedic Bell administered ALS care per ALCO protocols. Paramedic Owens intubated the patient. We continued CPR.

AMR crew arrived on scene. NFD continued ALS care. After three rounds of meds, ALS care was terminated per Alameda County protocol (#7204). AMR crew was cancelled on scene. We remained on scene and awaited the arrival of family members.

The patient's family arrived on scene. N.P.D. and 3943 provided the family grief support. The patient was left in the custody of N.P.D. 3943 and 399 returned to quarters.

Alarm number 5001119 has been assigned to this incident.

End of Report

D 00003

Printed: 09/07/2007 11:40:57

# NEWARK POLICE DEPARTMENT
## Investigation Report

Page 1 of 4

| Officer / Badge #: Dougherty #59 | Date / Time Reported: 5-19-05/2313 | Day of Week: THUR | Date / Time of Occurrence: From: 5-19-05/2230  To: 2313 | | |
|---|---|---|---|---|---|
| Location: 39802 CEDAR BLVD - TOWNEPLACE SUITES | | Business Name: | Apt. #: | City: (✓) Newark | Zip: (X) 94560 |
| Offense(s): UNATTENDED DEATH | Classification: UNK | Loc. Code: 14 | Related Cases: | | |
| Weapon / Instrument Used: ( ) None | | | Related Officer: | | |
| | | | Point of Entry: | Loss: $ | |

Case No. 05-19-05

| Code | Arrest | Status | Dispo | Name: (Last, First MI) BHUGRA, SATNAM SINGH | Race: O | Sex: M | DOB: 9-1-32 |
|---|---|---|---|---|---|---|---|
| V | | | | | | | |
| Address: (X) Residence ( ) Business  2163 WHITE OWL WAY | | | | City / Zip: ( ) Newark 94560  OKEMOS, MI 48864 | | (X) Residence (517) 410-3721  ( ) Business  ( ) Cell | |
| DL#/ST: B2607597766681 / MI | SSN: UNK | | | PFN / Local #: | Height: 6'00" | Weight: 190 | Hair: GRY  Eyes: BRO |

| Code | Arrest | Status | Dispo | Name: (Last, First MI) BECKETT, STEPHANIE | Race: W | Sex: F | DOB: 5-29-71 |
|---|---|---|---|---|---|---|---|
| W | | | | | | | |
| Address: (X) Residence ( ) Business | | | | City / Zip: ( ) Newark 94560 | | (X) Residence  ( ) Business  ( ) Cell | |
| DL#/ST: | SSN: | | | PFN / Local #: | Height: | Weight: | Hair:  Eyes: |

| Code | Arrest | Status | Dispo | Name: (Last, First MI) BENTAIEB, SAMIR (MANAGER) | Race: O | Sex: M | DOB: 1-26-64 |
|---|---|---|---|---|---|---|---|
| W | | | | | | | |
| Address: ( ) Residence (X) Business  39802 CEDAR BLVD | | | | City / Zip: (X) Newark 94560 | | ( ) Residence  (X) Business (510) 438-9098  ( ) Cell | |
| DL#/ST: | SSN: | | | PFN / Local #: | Height: | Weight: | Hair:  Eyes: |

| Code | Arrest | Status | Dispo | Name: (Last, First MI) BHUGRA, NARINDER (WIFE) | Race: O | Sex: F | DOB: 1-1-34 |
|---|---|---|---|---|---|---|---|
| I | | | | | | | |
| Address: (X) Residence ( ) Business  2163 WHITEOWL WAY | | | | City / Zip: ( ) Newark 94560  OKEMOS, MI 48864 | | (X) Residence (517) 410-3721  ( ) Business  ( ) Cell | |
| DL#/ST: | SSN: | | | PFN / Local #: | Height: 5'00" | Weight: 130 | Hair: GRY  Eyes: BRO |

## PROPERTY/DRUG MODULE

| No. | Status | UCR | Model / Make | Serial Number | Description | Qty | Value | APS |
|---|---|---|---|---|---|---|---|---|
| 1 | E | O | (1) COMPUTER DISK, MEDICAL REPORT - TO EVID - | | | | | ( ) Y ( ) N |
| | | | | | | | | ( ) Y ( ) N |
| | | | | | | | | ( ) Y ( ) N |

NEWARK POLICE DEPARTMENT
CONTROLLED DOCUMENT

ASSOCIATED VEHICLE

| Code | Released To: Brady, Vumaderick, Ryu Releasing | | Make / Type | Color | License No. | ( ) One  ( ) Two | Month/Year | State |
|---|---|---|---|---|---|---|---|---|
| Released By: PSA 3 | | Date: | | | | | | |

CITIZEN'S ARREST/JUVENILE CITATION

I HEREBY ARREST THE NAMED DEFENDANT(S) ON THE CHARGE(S) INDICATED AND REQUEST A PEACE OFFICER TO TAKE HIM/HER INTO CUSTODY. I WILL APPEAR AS DIRECTED AND SIGN A COMPLAINT AGAINST THE PERSON(S) I HAVE ARRESTED.

CITATION #

NAME: _____ SIGNED: _____

COURT DATE & TIME:

**JUVENILE ARRESTS**   ADVISED OF RIGHTS ( ) YES ( ) NO   TELEPHONE CALLS GIVEN: ( ) YES ( ) NO   PARENTS NOTIFIED: ( ) YES ( ) NO

## ✓ REPORT ROUTING/DISPOSITION

| OP: | Capt: | Lt: | Sgt: | Det: | PC: | DA: | FU: | JP: | Other: | Total Copies: |
|---|---|---|---|---|---|---|---|---|---|---|

| Investigative Status: (X) Active ( ) Inactive ( ) Unfounded ( ) Cleared by Arrest/Exception | Case Disposition: ( ) Unfounded ( ) Action Completed ( ) Cleared by Arrest | |
|---|---|---|
| Reviewed By: | Assigned To: DETECTIVES | Follow-Up Due Date: 6/22/05 |
| | Date Received in Records: MAY 23 2005 | Data Entry: |

DPD Suspect Investigation Report - Revised 8/25/04

P-00004

EXHIBIT



# NEWARK POLICE DEPARTMENT
## INVOLVED PERSONS

CASE NO: 05-3176                                    PAGE 2 OF 4



### INVOLVED PERSONS

CODE: 1 - INFORMANT   V - VICTIM   W - WITNESS   S - SUSPECT   RP - REPORTING PERSON
ARREST: N - NONE   OV - ON VIEW   W - WARRANT ARREST   PC - PROBABLE CAUSE   CA - CITIZENS ARREST
STATUS: (1) CITE   (2) BOOK   (3) OTHER
ADULT DISPO: R - RELEASED   T - TURNED OVER TO ANOTHER AGENCY   M - MISDEMEANOR   F - FELONY
JUVENILE DISPO: D - HANDLED WITHIN DEPT   J - JUVENILE COURT   T - TURNED OVER TO ANOTHER AGENCY

---

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, MENINDER "MELINDA" (DAUGHTER) | RACE: O | SEX: F | AGE/DOB: 11-19-59 |
|---|---|---|---|---|---|---|---|

ADDRESS: [X] RESIDENCE [ ] BUSINESS  217 E. 85TH ST    CITY/ZIP: NEW YORK, NY 10028    PHONE: [X] RESIDENCE [ ] BUSINESS (212) 592-4049

DL#:   ST:   SSN:   PFN/LOCAL NBR:   HEIGHT: 5'4"   WEIGHT: 130   HAIR: BLK   EYES: BRO

INJURY: [ ] YES [ ] NO   INJURY DESCRIPTION: CELL PHONE (408) 505-4584   VIC RELATION TO OFFENDER:

[ ] DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION: (SCARS, MARKS, TATTOOS, CLOTHING, ETC)

---

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, RUTH (DAUGHTER) | RACE: O | SEX: F | AGE/DOB: 6-17-63 |
|---|---|---|---|---|---|---|---|

ADDRESS: [X] RESIDENCE [ ] BUSINESS  2163 WHITE OWL WAY    CITY/ZIP: OKEMOS, MI 48864    PHONE: [X] RESIDENCE [ ] BUSINESS (517) 410-3701

DL#:   ST:   SSN:   PFN/LOCAL NBR:   HEIGHT: 5'6"   WEIGHT: 140   HAIR: BRW   EYES: BRO

INJURY: [ ] YES [ ] NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER:

[ ] DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION: (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, PAUL (SON) | RACE: O | SEX: M | AGE/DOB: 8-2-62 |
|---|---|---|---|---|---|---|---|

ADDRESS: [X] RESIDENCE [ ] BUSINESS  2163 WHITEOWL WAY    CITY/ZIP: OKEMOS, MI 48864    PHONE: [X] RESIDENCE [ ] BUSINESS (517) 410-3701

DL#:   ST:   SSN:   PFN/LOCAL NBR:   HEIGHT: 6'01"   WEIGHT: 190   HAIR: BLU   EYES: BRO

INJURY: [ ] YES [ ] NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER:

[ ] DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION: (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

| CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): | RACE: | SEX: | AGE/DOB: |
|---|---|---|---|---|---|---|---|

ADDRESS: [ ] RESIDENCE [ ] BUSINESS    CITY/ZIP:    PHONE: [ ] RESIDENCE [ ] BUSINESS

DL#:   ST:   SSN:   PFN/LOCAL NBR:   HEIGHT:   WEIGHT:   HAIR:   EYES:

INJURY: [ ] YES [ ] NO   INJURY DESCRIPTION:   VIC RELATION TO OFFENDER:

[ ] DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ]   TRANSPORTED TO:   OTHER DESCRIPTION: (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

### NEWARK POLICE DEPARTMENT
### *CONTROLLED DOCUMENT*
Released To: Brady, Vorwerck, Ryder & Caspino

Released By: PSA 3    Date: 9/24/07

D 00005

**NEWARK PO⬤⬤E DEPARTMENT**
PROPERTY/DRUG REPORT/NARRATIVE

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 5-19-05 | Loughery | 59 | Page 3 of 4 Pages |

## SCENE:

On the listed date and time I was dispatched to the report of a man down in the gym at
Towneplace Suites by Marriott. Officer Roman and Reserve Officer Allum and Newark
Fire Dept Engines 3943 and 93 arrived on scene at approximately 2317 hours. I arrived
at approximately 2318 hours and found NFD personnel giving CPR and medical
treatment to the victim, later identified as Satnam Bhugra in the gym area of the hotel.
AMR Unit # 566 arrived on scene.

I spoke with Officer Roman who advised me she found Satnam alone in the gym area
slumped over, not breathing and no pulse. (Refer to Officer Roman's supplement) NFD
Personnel pronounced Satnam deceased at 2330 hours. NFD Capt Perry advised me
there did not appear to be any signs of foul play. Reserve Officer Allum used a
thermostat mounted in the room to determine the ambient temperature in the gym area to
be approximately 72 degrees (Fahrenheit).

I noted a treadmill near the north wall and an exercise bike nearest the door to the gym.
A television was mounted on the wall near the door. An air conditioning unit was
mounted in the N/W corner of the room. I did not see any obvious signs of trauma to
Satnam. Satnam's tan color turban was lying on the floor adjacent to the air conditioning
unit. Officer Roman advised me she noted the turban was lying on the floor when she
arrived. There were no signs of a struggle or anything out of the ordinary in the room.

## INVESTIGATION:

I spoke with hotel shift manager Samir Bentaieb who told me he saw Satnam in the gym
area at approximately 2230 hours walking on the treadmill alone. At approximately 2310
hours, a guest, later identified as Stephanie Beckett, advised him that the person in the
gym was collapsed and not breathing. Hotel staff called 911. Bentaieb did not note
anything suspicious in the area. Bentaieb told me that Satnam and his family checked in
to the hotel on 4-9-05. (See attached rental agreement) Bentaieb advised me that
Satnam's room was # 131.

I responded to room # 131 and contacted a female who identified herself verbally as
Narinder Bhugra, Satnam's wife. Narinder's primary language was Pakistani, but was
partially able to communicate in English. Narinder told me her husband had left to walk
on the treadmill in the gym. Narinder said her husband did not have any medical
problems, did not take medications and had not seen his doctor lately.

I responded back to the gym and was advised by NFD Capt Perry that Satnam was
pronounced dead at 2330 hours. Capt Perry gave me a copy of the NFD medical report.
(See attached photocopy) I contacted Stephanie Beckett in the lobby who told me the
following. Beckett was washing laundry in the laundry room and decided to work out

D 00006

NEWARK POLICE DEPARTMENT
*CONTROLLED DOCUMENT*
Released To: Brady, Vorwerck, Ryder & Caspino

Released By: PSA3          Date: 9/24/07

**NEWARK POLICE DEPARTMENT**
PROPERTY/DRUG REPORT/NARRATIVE

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 5-19-05 | Loughery | 59 | Page 4 of 4 Pages |

1  while she waited.  At 2310 hours she walked into the gym and saw a male, later identified
2  as Satnam Bhugra, lying on the floor slumped against an air conditioning unit.  Satnam
3  was not moving and didn't appear to be breathing.  Beckett ran and advised Hotel staff to
4  call 911.

6  The Newark Fire Dept personnel (Engine 3943 and 93) who responded and gave medical
7  aid to Satnam were;
8   • Capt. Steve Perry
9   • Medic Reggie Bell
10  • FF Ernie Morua
11  • FF Gary Owens
12  • FF Charlie Verhoeven

14  AMR unit # 566 responded with EMT's Jason Faria and Marisa Nietogomez.

16  Satnam's daughter, Melinda Bhugra, responded and met me on scene. Melinda assisted
17  me in getting information from Narinder, who was more comfortable speaking in her
18  native language of Pakistani. Narinder, through Melinda, told me that Satnam last saw
19  his doctor approximately one year ago for his annual physical.  Satnam was in excellent
20  health and had no medical problems.  He walked on the treadmill every day.

22  Because there was no appearance of foul play, and at the family's request, I allowed
23  Satnam's wife, two daughters, and son to spend several minutes with Satnam prior to the
24  Coroner's arrival.

26  I contacted the Alameda County Coroner's Office by telephone and spoke with Deputy
27  R. Robson # 1592.  I advised Deputy Robson of the unattended death.  Deputy Robson
28  advised me she would be enroute.  Deputy Robson and Deputy Coroner G. Williams #
29  20 arrived at 0145 hours and took over the scene.  I photographed the scene with a digital
30  camera.

32  **EVIDENCE:**

34  I booked the computer disk with digital pictures and original NFD medical report into
35  evidence at NPD.

37  **DISPOSITION:**

39  Deputy Robson and Deputy Coroner Williams removed Satnam's body and released
40  Satnam's effects to his wife.

42  *B. Loughery #59*

| NEWARK POLICE DEPARTMENT |
|---|
| ***CONTROLLED DOCUMENT*** |
| Released To: Brady, Vorwerck, Ryder & Caspino |
| Released By: PSA 3    Date: 9/24/07 |

D 00007

# NEWARK PO~~L~~ DEPARTMENT
### PROPERTY/DRUG REPORT/NARRATIVE

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 05/19/05 | Roman | 26 | Page 1 of 1  Pages |

1      On the listed date and time, I was on patrol in a marked police vehicle as a double unit
2  with Reserve Officer Allum. At 2313 hours, I was dispatched to Town Place Suites
3  located at 39802 Cedar Blvd. for an outside assist for Newark Fire Department. Dispatch
4  advised me the call was for a man down not breathing and unconscious. Reserve Officer
5  Allum and I responded code 3 from Mowry Ave. We arrived at 2317 hours. Upon
6  arrival, I contacted Town Place Suite Manager Samir Bentaieb and he directed me to the
7  gym.
8      Upon entering the gym, I noticed a male slouched against an air conditioning unit. The
9  male, later identified as Satnam Bhugra, was on his knees and his back was leaning
10  against the air conditioning unit. Bhugra's head was leaning back as if he had no muscle
11  control. Bhugra was not breathing. Bhugra's eyes were open and had a glassy
12  appearance. I began to ascertain if Bhugra had a pulse using his left radial artery, but was
13  unable to find a pulse. Newark Fire Department arrived several seconds after Reserve
14  Officer Allum and I did, and began CPR. Refer to Officer Loughery's report for
15  additional details on the investigation.
16
17
18  Roman # 26
19  05/20/2005 02:57 Hours

NEWARK POLICE DEPARTMENT
*CONTROLLED DOCUMENT*
Released To: Brady, VorWerck, Ryder & Cospino

Released By: PSA3    Date: 9/24/07




**NEWARK POLICE DEPARTMENT**
NARRATIVE

| CASE NO: 05-3176 | DATE: 7-5-05 | | OFFICER: **WILLIAMS # 8** | PAGE | OF | |
|---|---|---|---|---|---|---|

**SUPPLEMENT:**
On 5-24-05 I received this case for follow-up investigation.

On 6-22-05 I sent a fax to the Coroner requesting a copy of their completed report.

On 7-5-05 I received the attached Coroner Investigator's Report (ACSO Case # 2005-01514).

I reviewed the report and noted Investigator Williams determined the manner of death was natural. Williams' supervisor as not reviewed the case as of 6-29-05.

I reviewed the Autopsy Protocol from Doctor Levin dated May 20, 2005. Dr Levin determined the cause of death was Cardiac Insufficiency due to Severe Coronary Artery Calcific Atherosclerosis.

**DISPOSITION:**
Based on the Coroner Investigation and the findings of the autopsy, this case is a natural death. This case is closed, no further police action.

*P. Will #8*

P. Williams    # 8
7-5-06    1430

**NEWARK POLICE DEPARTMENT**
*CONTROLLED DOCUMENT*
Released To: _Brady, Vorwerck, Ryder & Casp._

Released By: _PSA3_    Date: _9/24/07_

| Report Routing / Disposition | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COP | Lt. | SGTS: | DET: | PC: | DA | FU | JP | CHF | SRV CTR | ENG | AA | COURT: | OTHER: | TOTAL: |
| | | | | | | | | | | | | | |

| INVESTIGATIVE STATUS: | CASE DISPOSITION | | |
|---|---|---|---|
| ( ) ACTIVE    ( )INACTIVE    ( )UNFOUNDED | ( ) UNFOUNDED    ( )CLEARED BY ARREST | ( ) CLEARED BY ARREST, OTHER AGENCY | |
| ( ) CLEARED BY ARREST/EXCEPTIONAL | (X) ACTION COMPLETED | ( ) EXCEPTION- DEATH OF OFFENDER | |
| (X) CLOSED, ACTION COMPLETED | ( ) EXCEPTION- PROSECUTION DECLINED | ( ) EXCEPTION- EXTRADITION DECLINED | |
| | ( ) EXCEPTION- VICTIM REF TO COOP | ( ) EXCEPTION- JUVENILE/NO CUSTODY | |

| | Assigned To: | Follow-up Due: | Date to Records: JUL 1 2 2005 | Data Entry: D 00009 |
|---|---|---|---|---|

JUL 1 2 2005

COUNTY OF ALAMEDA
**SHERIFF - CORONER - PUBLIC ADMINISTRATOR**
480 4th Street, Oakland, California 94607 - 3829
(510) 268-7300          Fax (510) 268-7333

| ACCOUNTING RECEIPT | 37253 | Date: |
|---|---|---|

| Coroner Case #: 2005-01514 | PA Case #: | Date of Death: 5/19/2005 |
|---|---|---|

| Decedent or Estate Name: | Last Name BHUGRA | First Name SATMAN | M.I. |
|---|---|---|---|

Received from: BRADY, VORWERCK, RYDER, + CASPINO

Address: 790 CITY DRIVE 4th FLOOR

ORANGE, CA 92868

the sum of: $FIVE DOLLARS 00/100 _____ dollars.

☒ Check #: 33773

☐ Cash                                    $5.00

**SERVICE**

☐ 1a - Removal      ☐ 1b - Storage      ☐ 1c - Prep      ☐ 2a - Sealing

☒ 3a - Search/Copy/Process one Coroner Case File.

☐ 4a - Search/Copy/Process one Coroner Case File (**subpoena**)

☐ _____

**DISTRIBUTION**

| ☐ 479990 Other Revenue | ☐ 461260 PA Fees |
|---|---|
| ☐ PC 7660 a(1) | ☐ 469990 Coroner's General |
| ☐ PC 7660 a(2) | ☐ 84612 Coroner's Unclaimed |
| ☐ PA Revolving Fund | ☐ 84613 PA Trust |
| ☐ Other: | |

Sheriff / Coroner -
Public Administrator, by: **X** EA

White - Payor        Yellow - Accounting        Pink - Control        Green - Case Files (Service Tracking)

EXHIBIT C

D 00010



2005 - 01514
Removal Case
BHUGRA

# Alameda County Sheriff's Office
## Charles C. Plummer, Sheriff / Coroner
Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

## Coroner Investigator's Report

| BHUGRA, Satnam Sigh | 2005 - 01514 |
|---|---|
| dent's Name | Case Number |
| | Removal Case |

**05/19/2005 - 2330 hrs.**
Date / Time of Death

| | **Natural** | **05/19/2005 - 2358 hrs.** |
|---|---|---|
| lent Aliases | Manner of Death | Date / Time Reported |

### cedent Information

| | **College Professor** | **Married** |
|---|---|---|
| **2163 White Owl Way** | Occupation | Social Status |
| **Okemos, MI 48864** ( 517 ) 410 - 3721 | **Pakistan** | **09/01/1933** |
| Residence of the Deceased | Birthplace | Birthdate |

| **Male** | **71y 8m 18d 23h 30m** | **189** | **71** | **Brown** | **Gray** |
|---|---|---|---|---|---|
| Sex | Age (Yr, Mo, Day, Hr, Min) | Weight | Height (in inches) | Eye-Color | Hair-Color |

| **Other** | | | | | |
|---|---|---|---|---|---|
| Ethnic Group | Social Security Number | Teeth | Hair Style | Hair Length | Facial Hair |

**Chapel of The Valley, 20359 Lake Chabot Road, Castro Valley, CA 94546 ( 510 ) 581 - 0900**
Funeral Home

### ation of Death

**39802 Cedar Blvd., Newark, CA 94560**

location of Death

| **Newark Police Department** | **Newark Police Department** |
|---|---|
| Law Enforcement Agency with Jurisdiction over the Location of Death | Law Enforcement Agency Investigating the Death |
| | **2005-3176** |
| | If Hospital (IP or ER/OP)    Investigating Law Enforcement Agency Report Number |

| **05/20/2005 - 0306** | **Rosario Robson** | **22963(C), 32574(A)** |
|---|---|---|
| ate / Time Body Received | Body Received By | Receipt Number(s) |

### liminary Condition of the Decedent

**Normal**
ondition of the Body

| pecial Circumstatnces | | | | |
|---|---|---|---|---|
| **05/19/2005 - 2330** | **Newark Fire 3943** | **Beginning** | **Present** | **Cold** |
| ate / Time Death Pronounced | Death Pronounced By | Rigor | P/M/L | Body Temprature |

### ments & Special Circumstances

| | | If Case Involved A Traffic Accident | If Police May Have Been Involved In The Circumstances Of Death |
|---|---|---|---|
| ☐ AIDS  ☐ SIDS | Date Referred to PA | ☐ Traffic Accident Relationship | ☐ Level of Police Involvement |
| ☐ m. Violence  ☐ Injured At Work | | ☐ Traffic Accident on Private Property | ☐ Law Enforcement Agency / Jail Facility |

**eported natural death. Found down in Gym of Town Place Suites by Marriot Hotel in Newark. No medical history. anguage barrier with family. No eating, trauma or foul play was observed. .**
liminary Summary

D 00011



2005 - 01514
Removal Case
BHUGRA

# Alameda County Sheriff's Office

### Charles C. Plummer, Sheriff / Coroner

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829  (510) 268-7300 / (510) 268-7333 (fax)

## Coroner Investigator's Report

### Next of Kin

BHUGRA, Narindir  [Spouse]

2163 White Owl Way
Okemos, MI 48864
Name and Address

[Residence] ( 517 )  410 - 3721
Phone Number(s)

Date / Time Notified of Death

### Property and Money

BHUGRA, Narindir  [Spouse]

2163 White Owl Way
Okemos, MI 48864
Name and Address

[Residence] ( 517 )  410 - 3721
Phone Number(s)

Date / Time Notified of Death

### Reporting Party

LOUGHERY, D. , Officer #59 [Police Officer]
Newark Police Department
37101 Newark Boulevard
Newark, CA 94560
Name and Address

[Work Phone] ( 510 )  790 - 7237
Phone Number(s)

05/19/2005 - 2358  hrs.
Date / Time Reported Death

### Found By

Phone Number(s)

Name and Address

Date / Time Notified of Death

### Signing Physician

Phone Number(s)

Name and Address

Date / Time Notified of Death

### Investigator's Narrative

FIRST CALL INFORMATION:

About 2358 hours, May 19, 2005, I (ROBSON) received a telephone call from Officer LOUGHERY of the
Newark Police Department reporting the death of Satnam Sigh BHUGRA. According to Officer
LOUGHERY, BHUGRA was found down in the gym of the Town Place Suites by Marriott, in Newark.
BHUGRA lives in Okemos Michigan and is on a business trip along with his family. Today, at about 2230
hours, BHUGRA was seen working out in the hotel gym by the manager, who later discovered him

D 00012

# Alameda County Sheriff's Office

2005 - 01514
Removal Case
BHUGRA

## Charles C. Plummer, Sheriff / Coroner

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829  (510) 268-7300 / (510) 268-7333 (fax)

## Coroner Investigator's Report

### Investigator's Narrative (Continued)

unresponsive.  911 was called, the Newark Fire Department responded and death was determined.  No beating, trauma or foul play was observed by the officer.  (RR#1592)

MEDICAL SUMMARY:

Per the wife, no medical problems. (RR#1592)

BOX 113 ON THE DEATH CERTIFICATE:

No, male.  (RR#1592)

DESCRIPTION OF THE DEATH/INJURY SCENE:

Death Scene: Gym, Town Place Suites By Marriott in Newark.

BODY IDENTIFICATION

The decedent was identified by his Michigan Driver's license #B26075876681.  (RR#1592)

NEXT OF KIN INVESTIGATION:

Wife, Narindir BHUGRA.  (RR#1592)

OTHER AGENCY REPORTS:

PROPERTY & EVIDENCE:

CORONER FEES:

On May 20, 2005, I (ROBSON) spoke with Minder BHUGRA (decedent's daughter) about all Coroner's involvement and fees.  I asked her to relate the information to her mother and she agreed.  (RR#1592)

OTHER INVESTIGATIVE DETAILS/SUPPLEMENTAL INFORMATION:

D 00013

# Alameda County Sheriff's Office

### Charles C. Plummer, Sheriff / Coroner

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829  (510) 268-7300 / (510) 268-7333 (fax)

## Coroner Investigator's Report

**vestigator's Narrative (Continued)**

About 0135 hours, May 20, 2005, Coroner Investigator WILLIAMS and I (ROBSON) responded to the above address and met Officer D. LOUGHERY. He directed WILLLIAMS and me to the scene where BHUGRA was located. His body was located face up in the hotel gym. His body was in rigor and lividity was present and consistent with the position of discovery. The decedent was moved into the Coroner's van for transport back to the Bureau.

About 0245 hours, we returned to the Bureau and we processed the decedent into the morgue.

(RR#1592)

**FINDINGS:**

About 0001 hours, Thursday, June 9, 2005, I (WILLIAMS) reviewed this case for the purpose of establishing a manner of death. Based on my review the manner of death has been established as a natural death. Due to the lack of any medical information a full autopsy was performed. The Autopsy Protocol is consistent with this finding in that death was due to cardiac insufficiency due to severe coronary artery calcific atherosclerosis. (GW#20)

**SUPERVISOR REVIEW:**

On September 9, 2005, I (GIBBS) reviewed the contents of this report and concur with the findings.

(ckg #2)

D 00014

Gerald Williams



**Alameda County Sheriff's O..De**
Charles C. Plummer, Sheriff / Coroner
Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

2005 - 01514
Removal Case
BHUGRA

## Coroner Investigator's Report

### ...use of Death

| | |
|---|---|
| **Cardiac insufficiency** | **Minutes** |
| Immediate Cause of Death | Interval |
| **severe coronary artery calcific atherosclerosis.** | **Years** |
| Due To | Interval |

| | |
|---|---|
| **David Levin, M.D.** | **05/20/2005** |
| Cause of Death Given By | Cause of Death Given On |

D 00015



# Alameda County Sheriff's Office

CORONER'S BUREAU, 480 FOURTH STREET, OAKLAND, CA 94607-3829
Voice (510) 268-7300 Fax (510) 268-7333

CHARLES C. PLUMMER, SHERIFF
MARSHAL - CORONER - PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES

## M E M O R A N D U M

DATE:       May 20, 2005

FROM:       David E. Levin, M.D.

TO:         Case File 2005-01514

SUBJECT:    AUTOPSY PROTOCOL

Autopsy performed upon the body of Satnam Singh Bhugra at the Coroner's Bureau, 480 4th Street, Oakland, California, on May 20, 2005, at 8:45 a.m.

### ANATOMICAL DIAGNOSES

1) SEVERE CALCIFIC ATHEROSCLEROSIS OF CORONARY ARTERIES.

2) SEVERE CALCIFIC ATHEROSCLEROSIS OF AORTA.

3) VISCERAL ORGAN CONGESTION.

4) RIGHT PLEURAL ADHESIONS.

5) MILD NEPHROSCLEROSIS.

CAUSE OF DEATH:    CARDIAC INSUFFICIENCY DUE TO SEVERE CORONARY ARTERY CALCIFIC ATHEROSCLEROSIS.

cc:  EMS

D 00016



Sheriff-Coroner
Alameda County

Body of SATNAM SINGH BHUGRA

1            <u>**EXTERNAL EXAMINATION**</u>

2      **GENERAL FINDINGS:**   The body is that of a well-developed

3   adult male, appearing the stated age, height, and weight of 71

4   years, 71 inches, and 189 pounds.   The body is nude.   There is a

5   Coroner's identification tag attached to the right big toe.

6         There is rigor mortis present at the jaw, neck, and

7   extremities.   Purple livor mortis is present over the dorsal

8   dependent portions of the body.

9         The capital hair is gray, averaging 4 inches, and there is

10   frontoparietal balding.   The irides are brown, and there is

11   marked arcus senilis bilaterally.   The sclerae are white.   There

12   is mild conjunctival congestion, but no discrete conjunctival

13   hemorrhages.   There is a full gray and tan mustache and beard.

14   The ears, nose, and lips are normal.   The teeth are natural and

15   in fair repair.   The neck is unremarkable.   The chest and abdomen

16   are unremarkable.   The external genitalia are those of a normal

17   adult male.   Two testicles are palpable in the scrotal sac.

18         The upper extremities are unremarkable.   There are no linear

19   scars at the wrists.   There are no hyperpigmented scars

20   identified over accessible veins.   The fingernails are short,

21   clean, and without trauma.

22         The back is unremarkable.

23         The lower extremities are unremarkable.

Sheriff-Coroner
Alameda County                    Body of SATNAM SINGH BHUGRA

24      There is the following evidence of **MEDICAL THERAPY**:

25      1)  An oral tracheal tube affixed at the mouth.

26      2)  Multiple EKG pads on the chest and abdomen.

27      3)  Two pacer/defibrillator-type pads, one attached to the

28  anterior left side of the chest, and the other present on the

29  left side of the back.

30      4)  A vascular catheter in the right antecubital fossa.

31      **BLUNT INJURIES** present on the body:

32      There are no blunt injuries identified on the body.

33                      <u>**INTERNAL EXAMINATION**</u>

34      The body is opened through the usual Y-SHAPED

35  THORACOABDOMINAL AND INTERMASTOIDAL INCISIONS.

36      BODY CAVITIES:  The organs of the chest and abdomen are in

37  the usual anatomic positions.  There are multiple easily lysed,

38  as well as dense fibrous adhesions about the right lung.  The

39  left pleural cavity, peritoneal cavity and pericardial sac are

40  lined by smooth shiny serosa, without adhesions.  There are no

41  rib fractures, and there is no evidence of trauma to the chest

42  wall.  There is mild emphysematous crepitus change to the soft

43  tissue beneath the anterior chest plate, compatible with

44  resuscitative efforts (mechanical ventilation).

45      CENTRAL NERVOUS SYSTEM AND HEAD:  The soft tissue of the

46  scalp is unremarkable.  There are no fractures of the skull.  The

Sheriff-Coroner
Alameda County

Body of SATNAM SINGH BHUGRA

47  meninges are unremarkable.  The brain, 1450 grams, has normal

48  gyri and sulci.  Multiple cut sections of the brain are

49  unremarkable.  There are no contusions.

50  NECK:  The strap muscles are negative for hemorrhage.  The

51  hyoid bone, thyroid and cricoid cartilages are negative for

52  fracture.  The larynx is free of obstructing material.  The

53  cervical column is unremarkable.

54  CARDIOVASCULAR SYSTEM:  The heart, 430 grams, has smooth

55  epicardial and endocardial surfaces.  The valves and chambers are

56  normally formed.  The myocardium is firm and brown.  The

57  interventricular septum and the lateral wall of the left

58  ventricle average 1.5 cm in the outflow track, and the right

59  ventricle averages 0.4 cm.  The coronary arteries arise from the

60  aorta in the usual fashion, with predominance of the right

61  coronary artery.  There is severe calcific atherosclerotic

62  stenosis involving the coronary arteries.  The left anterior

63  descending artery has stenosis of up to 80% occlusion over a

64  length of 3/8 inch.  The left circumflex coronary artery has

65  stenosis of up to 99% occlusion over a length of 1/8 inch.  The

66  right coronary artery has stenosis of up to 75% occlusion over a

67  length of 1/4 inch.  The aorta shows focal severe calcific

68  atherosclerosis.

69  RESPIRATORY SYSTEM:  The tip of the oral tracheal tube is

70  present in the trachea.  The trachea and bronchi are lined by

Sheriff-Coroner
Alameda County                          Body of SATNAM SINGH BHUGRA

71    smooth tan-purple mucosa and contain scant tan-purple mucoid and

72    watery fluid.  The right lung, 450 grams, and the left lung, 400

73    grams, both have mild dorsal dependent congestion.  Multiple

74    sections reveal no areas of consolidation or tumor.  The

75    pulmonary arteries are negative for thromboemboli.

76        GASTROINTESTINAL SYSTEM:  The esophagus is unremarkable and

77    lined by a smooth gray mucosa.  The stomach contains

78    approximately 250 ml of viscous cloudy tan-orange fluid,

79    containing multiple food-type particles, including pieces

80    consistent with citrus fruit.  The stomach is lined by a smooth

81    tan mucosa without ulcers or tumors.  The small and large

82    intestines are unremarkable.  The pancreas is of normal size and

83    shape, and sections reveal unremarkable lobulated tan parenchyma.

84        HEPATOBILIARY SYSTEM:  The liver, 1600 grams, has a smooth

85    capsule.  Multiple cut sections reveal unremarkable brown

86    parenchyma.  There is no fibrosis or steatosis.  The gallbladder

87    is an unremarkable saccular structure, containing 10 ml of green

88    bile, and is lined by smooth green unremarkable mucosa.

89        ENDOCRINE SYSTEM:  The pituitary, thyroid and adrenal glands

90    are unremarkable.  The adrenals have thin bright yellow cortices.

91        HEMATOLYMPHOID SYSTEM:  The spleen, 160 grams, has a smooth

92    gray capsule and soft burgundy parenchyma.  There are no enlarged

93    lymph nodes.  The bone marrow is firm, red-purple, and gritty.

94        GENITOURINARY SYSTEM:  The right kidney, 150 grams, and the

Sheriff-Coroner
Alameda County                           Body of SATNAM SINGH BHUGRA

95    left kidney, 160 grams, both have capsules that strip with ease,

96    to reveal mildly granular cortical surfaces, consistent with mild

97    nephrosclerosis.  The corticomedullary junctions are

98    well-delineated and the cortices average 0.6 cm.  The renal

99    parenchyma is congested-purple.  The renal pelves, calyces, and

100   ureters are unremarkable.  The bladder contains 170 ml of clear

101   yellow urine, and is lined by smooth white-gray unremarkable

102   mucosa.  The prostate is unremarkable.

103       MUSCULOSKELETAL SYSTEM:  Unremarkable.

104       SPECIMENS:

105       1)  Heart blood
106
107       2)  Leg blood
108
109       3)  Urine
110
111       4)  Liver
112
113       5)  Tissue
114
115
116
117
118                        David E. Levin, M.D.
119
120   DEL/can

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

CERTIFICATE OF DEATH                    3200501003499

**1. NAME OF DECEDENT — FIRST (Given):** Satnam   **2. MIDDLE:** Sigh   **3. LAST (Family):** Bhugra

**6. DATE OF BIRTH:** 09/01/1933   **7. AGE:** 71   **8. SEX:** M

**9. BIRTH STATE/FOREIGN COUNTRY:** India   **10. SOCIAL SECURITY NUMBER:** 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   **11. EVER IN U.S. ARMED FORCES?** X NO   **12. MARITAL STATUS at time of Death:** Married   **7. DATE OF DEATH:** 05/19/2005   **9. HOUR:** 2330

**Professional**   YES   SAYS WAS DECEDENT HISPANIC/LATINO/SPANISH?  X NO   **15. DECEDENT'S RACE:** Asian Indian

**Professor**   **KIND OF BUSINESS OR INDUSTRY:** Education   **YEARS IN OCCUPATION:** 41

**20. DECEDENT'S RESIDENCE:** 2163 Whiteowl Way

**21. CITY:** Okemos   **22. COUNTY/PROVINCE:** Ingham   **23. ZIP CODE:** 48864   **24. YEARS IN COUNTY:** 30   **25. STATE/FOREIGN COUNTRY:** MI

**26. INFORMANT'S NAME, RELATIONSHIP:** Amritpreet S. Bhugra, Son   **27. INFORMANT'S MAILING ADDRESS:** 2163 Whiteowl Way, Okemos, MI 48864

**28. NAME OF SURVIVING SPOUSE — FIRST:** Narinder   **MIDDLE:** Kaur   **LAST:** Arora

**31. NAME OF FATHER — FIRST:** Harnam   **MIDDLE:** Singh   **LAST:** Bhugra   **BIRTH STATE:** India   **1 of 2**

**34. NAME OF MOTHER — FIRST:** Ranjit   **MIDDLE:** Kaur   **LAST:** Kaur   **BIRTH STATE:** India

**38. DISPOSITION DATE:** 05/25/2005   **PLACE OF FINAL DISPOSITION:** Residence of Amritpreet S. Bhugra, 2163 Whiteowl Way, Okemos, MI 48864

**TYPE OF DISPOSITION:** TR/CR/RES   **SIGNATURE OF EMBALMER:** Norman D. Curtis   **LICENSE NUMBER:** 5532

**NAME OF FUNERAL ESTABLISHMENT:** CHAPEL OF THE VALLEY MORTUARY   **FD-876**   05/24/2005 YB

**PLACE OF DEATH:** Gym

**COUNTY:** Alameda   **FACILITY ADDRESS OR LOCATION WHERE FOUND:** 39802 Cedar Boulevard   **CITY:** Newark

**CAUSE OF DEATH:**
(a) Cardiac insufficiency   Minutes   2005-01814
(b) Severe coronary artery calcific atherosclerosis   Years
(c) None
(d) None

**OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN I:** None

**WAS OPERATION PERFORMED FOR ANY CONDITION:** No

**DATE:** 05/23/2005   **TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** N. Contreras #26, Deputy Coroner

**FAX AUTH. #:** 12226

*.000470717*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF ALAMEDA } SS

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/23/2005

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

D 00022

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

### AFFIDAVIT TO AMEND A RECORD
**DEATHS AFTER 1-1994**
NO ERASURES, WHITEOUTS, OR ALTERATIONS

STATE FILE NUMBER                                      LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER    3200501003499

| STATE/LOCAL REGISTRAR USE ONLY | 1. | 2. | 3. |
|---|---|---|---|

## PART I    INFORMATION TO LOCATE RECORD—TYPE OR PRINT IN BLACK INK ONLY

| NAME AS IT APPEARS ON RECORD | 1. NAME—FIRST (GIVEN) Satnam | 2. MIDDLE Sigh | 3. LAST (FAMILY) Bhugra |
|---|---|---|---|

| ADDITIONAL INFORMATION TO LOCATE RECORD | 4. SEX M | 5. DATE OF EVENT—MM/DD/CCYY 05/19/2005 | 6. CITY OF OCCURRENCE Newark | 7. COUNTY OF OCCURRENCE Alameda |
|---|---|---|---|---|

| | 8. FATHER'S NAME AS STATED ON ORIGINAL Rarnam Singh Bhugra | 9. MOTHER'S NAME AS STATED ON ORIGINAL Ranjit Kaur |
|---|---|---|

## PART II    STATEMENT OF CORRECTIONS—NO ERASURES, WHITEOUTS, OR ALTERATIONS

| | 10. CERTIFICATE ITEM NUMBER | 11. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 12. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 2 | Sigh | Singh |

2 of 2

| REASON FOR CORRECTION | 13.  To make the record correct |
|---|---|

| AFFIDAVITS AND SIGNATURES | We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct. |
|---|---|

| TWO PERSONS MUST SIGN THIS FORM | 14. SIGNATURE OF FIRST PERSON | 15. TITLE/RELATIONSHIP TO PERSON IN PART I Manager | 16. DATE SIGNED—MM/DD/CCYY 05/24/2005 |
|---|---|---|---|
| | 17. AGE Adult | 18. ADDRESS (STREET, CITY, STATE, ZIP) 20359 Lake Chabot Road, Castro Valley, CA 94546 | |

| USE BLACK INK ONLY | 19. SIGNATURE OF SECOND PERSON | 20. TITLE/RELATIONSHIP TO PERSON IN PART I Secretary | 21. DATE SIGNED—MM/DD/CCYY 05/24/2005 |
|---|---|---|---|
| | 22. AGE Adult | 23. ADDRESS (STREET, CITY, STATE, ZIP) 20359 Lake Chabot Road, Castro Valley, CA 94546 | |

| STATE/LOCAL REGISTRAR USE ONLY | 24. SIGNATURE OF STATE OR LOCAL REGISTRAR | 25. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|---|

TITLE OF CALIFORNIA: DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

*00047070707*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA, } SS
COUNTY OF ALAMEDA }

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/27/2005

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

D 00023

# FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
## LAWYERS

PETER L. DUNLAP*
DOUGLAS J. AUSTIN
MICHAEL E. CAVANAUGH*
JOHN J. LOOSE
DAVID E.S. MARVIN*
STEPHEN L. BURLINGAME
DARRELL A. LINDMAN
IRIS K. LINDER
GARY C. ROGERS
MARK A. BUSH
MICHAEL H. PERRY
BRANDON W. ZUK
MICHAEL C. LEVINE
THOMAS J. WATERS
MARK R. FOX*·⁴
MICHAEL S. ASHTON
H. KIRBY ALBRIGHT
GRAHAM K. CRABTREE
MICHAEL P. DONNELLY
EDWARD J. CASTELLANI*
NAN ELIZABETH CASEY
PETER D. HOUK¹

JONATHAN E. RAVEN
THADDEUS E. MORGAN
ANITA G. FOX*
ELIZABETH H. LATCHANA
TODD D. CHAMBERLAIN
RYAN M. WILSON
KENNETH S. WILSON²
ROBERT B. NELSON
BRIAN P. MORLEY⁵
MARY M. MOYNE⁵
JOHN D. MILLER⁷
TONI L. HARRIS⁸
RYAN K. KAUFFMAN
JENNIFER UTTER HESTON
NICOLE L. PROULX
MATTHEW A. CARMONA
VINCENT M. PECORA
G. ALAN WALLACE
LOUIS A. BROWN
SAMANTHA A. KOPACZ

124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MICHIGAN 48933
TELEPHONE (517) 482-5800
FACSIMILE (517) 482-0887
WEBSITE WWW.FRASERLAWFIRM.COM

DETROIT OFFICE
TELEPHONE (313) 237-7300
FACSIMILE (313) 961-1651

ARCHIE C. FRASER
(1902-1998)
EVERETT R. TREBILCOCK
(1918-2002)
JAMES D. DAVIS
(1918-2005)

RETIRED
DONALD A. HINES
RONALD R. PENTECOST

¹RETIRED CIRCUIT JUDGE
²ALSO LICENSED IN FLORIDA
³ALSO LICENSED IN COLORADO
⁴ALSO LICENSED IN DISTRICT OF COLUMBIA
⁵ALSO CERTIFIED PUBLIC ACCOUNTANT
⁶ALSO LICENSED IN NORTH CAROLINA
⁷ALSO LICENSED IN GEORGIA
⁸ALSO LICENSED BY U.S. PATENT AND TRADEMARK OFFICE
⁹ALSO LICENSED IN OHIO

March 3, 2008

E-mail: mperry@fraserlawfirm.com
DID: 517-377-0846

**Via Facsimile and US Mail**

Norine M. Busser
Brady Vorwerck Ryder & Caspino
3100 Oak Road, Suite 250
Walnut Creek, CA 94597

    Re:    Bhugra v Marriott

Dear Ms. Busser:

    This letter shall briefly confirm my March 1, 2008 telephone message. My office is in the process of endeavoring to obtain California counsel for the Plaintiffs. In the meantime, the Court has issued an Order requiring counsel to "meet and confer" on or before March 14, 2008 and to thereafter prepare a "joint status report" in advance of the forthcoming Rule 16 Conference.

    In my telephone message I ask that we stipulate to adjourn the "meet and confer" and forthcoming Rule 16 conference for 60 days to provide the Plaintiffs with an opportunity to secure California counsel. If you agree with this request, please so indicate by either telephoning my secretary, Ms. Jane Speight, at 517-377-0855 or by sending her an e-mail at jspei@fraserlawfirm.com.

    I will be out of my office during the week of March 3. However, Ms. Speight can prepare the appropriate stipulation as soon as she receives your willingness to sign it.

    My telephone message did not include the following. If you are unable or unwilling to stipulate to adjourn these matters for 60 days, please tell my secretary about your best available time to "meet and confer" on Thursday, March 13, 2008 after 10:00 a.m. PST which is 1:00 p.m. EST. I must attend a court proceeding in another matter that morning but will be available



EXHIBIT D

Norine M. Busser
March 3, 2008
Page 2

during that afternoon (Eastern Standard Time) to briefly speak with you if it is necessary to do so.

    I (and my secretary) look forward to hearing from you.

Very truly yours,

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Michael H. Perry

MHP:js
cc:    Narinder Bhugra

# FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
## LAWYERS

PETER L. DUNLAP[1]
DOUGLAS J. AUSTIN
MICHAEL E. CAVANAUGH[6]
JOHN J. LOOSE
DAVID E.S. MARVIN[4]
STEPHEN L. BURLINGAME
DARRELL A. LINDMAN
IRIS K. LINDER
GARY C. ROGERS
MARK A. BUSH
MICHAEL H. PERRY
BRANDON W. ZUK
MICHAEL C. LEVINE
THOMAS J. WATERS
MARK R. FOX[2, 4]
MICHAEL S. ASHTON
H. KIRBY ALBRIGHT
GRAHAM K. CRABTREE
MICHAEL P. DONNELLY
EDWARD J. CASTELLANI[6]
NAN ELIZABETH CASEY
PETER D. HOUK[1]

JONATHAN E. RAVEN
THADDEUS E. MORGAN
ANITA G. FOX[4]
ELIZABETH H. LATCHANA
TODD D. CHAMBERLAIN
RYAN M. WILSON
KENNETH S. WILSON[2]
ROBERT B. NELSON
BRIAN P. MORLEY[6]
MARY M. MOYNE[8]
JOHN D. MILLER[7]
TONI L. HARRIS[8]
RYAN K. KAUFFMAN
JENNIFER UTTER HESTON
NICOLE L. PROULX
MATTHEW A. CARMONA
VINCENT M. PECCORA
G. ALAN WALLACE
LOUIS A. BROWN
SAMANTHA A. KOPACZ

124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MICHIGAN 48933
TELEPHONE (517) 482-5800
FACSIMILE (517) 482-0887
WEBSITE WWW.FRASERLAWFIRM.COM

DETROIT OFFICE
TELEPHONE (313) 237-7300
FACSIMILE (313) 961-1651

ARCHIE C. FRASER
(1902-1998)
EVERETT R. TREBILCOCK
(1918-2002)
JAMES R. DAVIS
(1918-2005)

*RETIRED*
DONALD A. HINES
RONALD R. PENTECOST

[1]RETIRED CIRCUIT JUDGE
[2]ALSO LICENSED IN FLORIDA
[3]ALSO LICENSED IN COLORADO
[4]ALSO LICENSED IN DISTRICT OF COLUMBIA
[5]ALSO CERTIFIED PUBLIC ACCOUNTANT
[6]ALSO LICENSED IN NORTH CAROLINA
[7]ALSO LICENSED IN GEORGIA
[8]ALSO LICENSED BY U.S. PATENT AND TRADEMARK OFFICE
[9]ALSO LICENSED IN OHIO

March 26, 2008

E-mail: mperry@fraserlawfirm.com
DID: 517-377-0846

Ms. Karen Hom                                     **Via Federal Express**
Courtroom Deputy
United States District Court
Northern District of California
Phillip Burton US Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Bhugra, *et al* v Marriott International, Inc., *et al*
        Case No. C07-06491-JCS

Dear Ms. Hom:

As your court's file may indicate, this law firm is the Michigan-based counsel for the Plaintiffs in the above-referenced action. This matter was originally filed in the United States District Court for the Western District of Michigan but was transferred to your Court as a result of the entry of an Order granting the Defendants' Motion for Change of Venue.

Presently scheduled in your court on April 4, 2008 at 1:30 p.m. is a case management conference. I am endeavoring to retain California counsel to undertake the active handling of this matter. If I have not yet obtained counsel by Friday, April 4, will the Court allow me to participate, by way of a telephone conference call, in the case management conference on April 4 at 1:30 p.m. PST?

Additionally, I want to inform you that the Plaintiffs have asked me to notify the Court that the Plaintiffs wish to withdraw or rescind the February 21, 2008 Consent to Proceed before a United States Magistrate Judge. I have sent you this letter on the same day on which I was asked to notify the Court that the Plaintiffs wish to proceed before an Article III District Court Judge.

In the United States District Courts located in Michigan, generally a Magistrate Judge conducts the initial case management conference even if a matter has been assigned to an Article

EXHIBIT F

March 26, 2008
Page 2

III District Court Judge.  Please advise me at your earliest opportunity as to whether Magistrate Judge Spero will still conduct the April 4, 2008 case management conference even if the matter is to be reassigned to an Article III Judge.

I look forward to hearing from you.

Very truly yours,

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Michael H. Perry

MHP:js
cc:     Mrs. Narinder Bhugra
        Ms. Maninder Bhugra
        Mr. Paul Bhugra
        Mr. Michael Caspino

NEVADA OFFICE
Telephone (702) 697-6500
Fax (702) 697-6505

ARIZONA OFFICE
Telephone (480) 456-9888
Fax (480) 456-9889

BRADY, VORWERCK, RYDER & CASPINO
A LAW CORPORATION
790 THE CITY DRIVE, FOURTH FLOOR
ORANGE, CALIFORNIA 92868-4941
TELEPHONE (714) 703-2111
FAX (714) 703-2121
www.bvrclaw.com

NORTHERN CALIFORNIA OFFICE
Telephone (925) 274-9500
Fax (925) 274-9501

COLORADO OFFICE
Telephone (303) 228-3708
Fax (303) 399-6480

Our File No.: MCS 10927

May 14, 2008

**VIA FACSIMILE (517) 482-0887 AND U.S. MAIL**

Michael H. Perry, Esq.
Fraser, Trebilcock, Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933

Re:   *Bhugra v. Marriott International, Inc., et al.*

Dear Mr. Perry:

On 12-11-07, your office was served with defendants' interrogatories (1 to 12) and request for production of documents propounded on plaintiffs. Thereafter, on 2-25-08, our office served your office with defendants' special interrogatories (13 to 24) propounded on plaintiffs. As of today, we have not received plaintiffs' responses to the above.

We request that your office provide plaintiffs' full and complete responses to the above discovery requests and provide documents, without objections, on or before 5-22-08. If we do not receive plaintiffs' verified responses and documents by 5-22-08, we will be left with no alternative but to bring a motion to compel.

Very truly yours,

Ravi Sudan

SUD:psc

EXHIBIT F

**PROOF OF SERVICE**
*(Code Civ. Proc., § 1013a(3))*

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 790 The City Drive, Fourth Floor, Orange, CA 92868-4941.

**On** May 30, 2008, **I served the foregoing document described as DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS** on the interested parties in this action:

[X]    by placing the original/true copies thereof enclosed in sealed envelopes addressed as follows:

Michael H. Perry
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, Michigan 48933
(517) 482-5800 – (517) 482-0887 - Fax

[x]    **BY MAIL:**    I deposited such envelopes in the mail at Orange, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on **May 30, 2008**, at Orange, California.

[ ]    **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to counsel listed on the attached personal service list. Executed on _____, at Orange, California.

[ ]    **BY FACSIMILE TRANSMISSION:** On **[DATE]**, 2007, at **[TIME]**, I transmitted the above entitled document by fax to each counsel listed *[SELECT ONE: **ABOVE** OR **ON THE ATTACHED SERVICE LIST**]*, to the fax machine telephone number listed for each counsel. The telephone number on the fax machine I used is (714) 703-2121 and the fax machine complied with Rule 2.300(3). The transmission was reported as complete and without error. The transmission report was properly issued by the sending fax machine and, pursuant to Rule 2.306 (g)(4), a copy of the transmission report is attached to this declaration.

[ ]    **(Federal Express):**    I prepared such envelope(s) to be picked up from our offices in Orange, California the same day, providing for overnight delivery. The envelopes were mailed in accordance with our firm's contract with the overnight mail service. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.

[X]    **(State):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]    (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

PAMELA SCHULD

BRADY, VORWERCK,
RYDER & CASPINO
3100 OAK ROAD,
STE. 250
WALNUT CREEK, CA 94597

*DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS*