FILED
JUN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | No. C-07-06491 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING MOTION FOR STAY OF PROCEEDINGS** |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

On May 9, 2008, this Court issued an order to show cause requiring that Plaintiffs' counsel show cause why their appearance should not be stricken for failure to comply with Civil L.R. 11-3 (a). In response, Plaintiffs filed a combined response to the order to show cause and a motion for 120-day stay of proceedings. Defendants opposed the motion.

GOOD CAUSE APPEARING, it is hereby ORDERED that the motion for stay of proceedings is DENIED. On or before July 15, 2008, Plaintiffs shall appear through counsel of record admitted to practice in the Northern District of California. If Plaintiffs do not do so, the appearance of their current counsel will be stricken.

IT IS SO ORDERED.

Dated: June 3, 2008

JOSEPH C. SPERO
United States Magistrate Judge