UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NARINDER BHUGRA, ET AL.,                    No. C07-06491 JCS

        Plaintiff(s),

   v.                                         **ORDER TO SHOW CAUSE**

MARRIOTT INTERNATIONAL,

        Defendant(s).
_____/

On April 14, 2008, this Court issued a Case Management and Pretrial Order (the "Court's Order") directing Plaintiffs' counsel to submit a pro hac vice application [Docket No. 18].

On May 22, 2008, Plaintiffs' filed a combined response to the Order to Show Cause and Motion for 120-Day Stay of Proceedings (the "Motion") [Docket No. 19].

On June 3, 2008, the Court denied the Motion [Docket No. 21] and Ordered that on or before July 15, 2008, Plaintiffs shall appear through counsel of record admitted to practice in the Northern District of California.

As of July 15, 2008, a query of the Court's docket indicates that there has been no appearance through counsel admitted to practice in the Northern District of California as required in the Court's Order dated June 3, 2008.

IT IS HEREBY ORDERED that the appearance of counsel Michael Perry, Ryan Kauffman, and the firm of Fraser, Trebilcock, Davis & Dunlap, P.C., of Lansing, Michigan, is stricken for failure to comply with Civil L.R. 11-3(a).  Individual plaintiffs suing on their own behalf shall appear *pro se* or through counsel admitted to practice in this Court within thirty (30) days or the Court will dismiss this action for failure to prosecute.  The Court notes that persons suing as

representative of the estates of deceased persons may not appear *pro se*, and must appear through counsel *See, Stewart v. Chelan County District Court,* 2007 WL 870345, at *4 (E.D. Wash); *Jones v. Correctional Med. Servs., Inc.,* 401 F.3d 950, 951-52 (8th Cir. 2005). Accordingly, such party plaintiff shall appear through counsel admitted to practice in this district within thirty (30) days or the Court will dismiss the action with respect to those parties for failure to prosecute.

IT IS SO ORDERED.

Dated: July 22, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2