UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | No. C-07-06491 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Docket No. 22]** |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

On July 15, 2008, Defendant's filed a letter and attached a Motion to Compel Plaintiffs' Discovery Responses (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice to re-filing after the Order to Show Cause, issued on July 22, 2008, has been resolved by Plaintiffs.

IT IS SO ORDERED.

Dated: July 22, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge