Michael W. Caspino, Esq. / SBN 171906
Ravi Sudan, Esq. / SBN 146858
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
Station Plaza
3100 Oak Road, Suite 250
Walnut Creek, California 94597
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NARINDER BHUGRA, a personal representative of the Estate of Dr. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,

Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,

Defendant.

Case No. C 07-06491 JCS

**CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANTS**

**Date: August 8, 2008**
**Time: 1:30 p.m.**
**Courtroom: A**

Defendants, Marriott International, Inc., CNL Hotels and Resorts, Inc., and CNL Hospitality Partners, LP (collectively "Defendants") submit their Case Management Conference Statement as follows:

**1. <u>STATUS OF CASE</u>**

On July 22, 2008, the appearance of counsel Michael Perry, Ryan Kauffman, and the firm of Fraser, Trebilcock, Davis & Dunlap, PC, of Lansing, Michigan was stricken. Further, the court ordered plaintiffs to appear *pro se* or through counsel admitted to practice before this court within thirty (30) days or the court will dismiss this action for failure to prosecute.

On July 24, 2008, Mr. Perry left a message for defendants' attorney, Ravi Sudan, that he was unable to find California counsel for the handling of this action, that he was not getting cooperation from the plaintiffs, and that he would be leaving his office within the next two hours on vacation and would be back in the afternoon of August 4, 2008. As such, attorney Sudan was not able to confer with plaintiffs' former counsel, Mr. Perry, concerning this further status conference. As of this date, plaintiffs have not appeared *pro se* or through counsel admitted to practice before this court.

Pursuant to the April 14, 2008 order, the following documents describe the cause of death:

(a) Incident report (Exhibit "A" hereto);

(b) Police Department Investigation Report (Exhibit "B" hereto);

(c) Coroner's Investigation Report (Exhibit "C" hereto);

(d) Certificate of Death (Exhibit "D" hereto);

(e) Declaration of Janice Martin (Exhibit "E" hereto); and

(f) Declaration of Samir Bentaieb (Exhibit "F" hereto).

Although the court referred this matter for Early Neutral Evaluation to occur within the next 120 days, defendants received no notification from the court for the evaluator's appointment.

In view of the July 22, 2008, order, defendants request that the court continue the further status conference to August 29, 2008, or to some other date available on the court's calendar.

DATED: August 1, 2008

BRADY, VORWERCK, RYDER & CASPINO

By: [signature]
MICHAEL W. CASPINO
RAVI SUDAN
Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

BRADY, VORWERCK, RYDER & CASPINO
3100 OAK ROAD, STE. 250
WALNUT CREEK, CA 94597


**Incident Repor**

**2005-5001119 -000**

Newark Fire ...rtment

| Basic | |
|---|---|
| Alarm Date and Time | 23:11:52 Thursday, May 19, 2005 |
| Arrival Time | 23:16:46 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 00:38:50 Friday, May 20, 2005 |
| Response Time | 0:04:54 |
| Priority Response | Yes |
| Completed | Yes |
| Reviewed | Yes |
| Fire Department Station | 3 |
| Shift | B |
| Incident Type | 321 - EMS call, excluding vehicle accident with injury |
| Aid Given or Received | N - None |
| Alarms | 1 |
| Action Taken 1 | 33 - Provide advanced life support (ALS) |
| EMS Provided | Yes |
| Apparatus - EMS | 3 |
| Personnel - EMS Personnel | 5 |
| Property Loss | $0.00 |
| Contents Loss | $0.00 |
| Property Value | $0.00 |
| Contents Value | $0.00 |
| Property Use | 449 - Hotel/motel, commercial |
| Location Type | Address |
| Address | 39802 CEDAR BLVD |
| City, State Zip | NEWARK, CA 94560 |
| District | 43 |

| Apparatus - 3943 | |
|---|---|
| Apparatus ID | 3943 |
| Response Time | 0:02:48 |
| Apparatus Dispatch Date and Time | 23:12:12 Thursday, May 19, 2005 |
| En route to scene date and time | 23:13:58 Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:16:46 Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:38:42 Friday, May 20, 2005 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 2 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | SPE - Perry, Steven J<br>Position: 40CAPT |
| Personnel 2 | VER - Verhoeven, Charles S<br>Position: 50FF |
| Personnel 3 | BEL - Bell, Ronald J<br>Position: 50FF |

| Apparatus - 3993 | |
|---|---|
| Apparatus ID | 3993 |
| Response Time | 0:02:45 |

D 00001

EXHIBIT A

Printed: 09/07/2007 11:40:57

| **Apparatus - 3993** | | |
|---|---|---|
| Apparatus Dispatch Date and Time | 23:12:23 | Thursday, May 19, 2005 |
| En route to scene date and time | 23:14:01 | Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:16:46 | Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:04:13 | Friday, May 20, 2005 |
| Apparatus priority response | Yes | |
| Number of People | 2 | |
| Apparatus Use | 2 | |
| Apparatus Type | 71 - Rescue unit | |
| Personnel 1 | MOR - Morua, Ernest R<br>Position: 50FF | |
| Personnel 2 | OWE - Owens, Gary C<br>Position: 50FF | |

| **Apparatus - AMB1** | | |
|---|---|---|
| Apparatus ID | AMB1 | |
| Response Time | 0:08:31 | |
| Apparatus Dispatch Date and Time | 23:13:36 | Thursday, May 19, 2005 |
| En route to scene date and time | 23:14:04 | Thursday, May 19, 2005 |
| Apparatus Arrival Date and Time | 23:22:35 | Thursday, May 19, 2005 |
| Apparatus Clear Date and Time | 00:38:50 | Friday, May 20, 2005 |
| Apparatus priority response | Yes | |
| Apparatus Use | 2 | |
| Apparatus Type | 76 - ALS unit | |

| **Authority** | |
|---|---|
| Reported By | SPE - Perry, Steven J<br>07:11:10 Sunday, May 22, 2005 |
| Officer In Charge | SPE - Perry, Steven J<br>19:11:58 Wednesday, December 14, 2005 |
| Reviewer | JAY - Jay, Michael D<br>19:11:53 Wednesday, December 14, 2005 |

| **Narratives** | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author | - , |
| Narrative Text | F2005001147 EMS ( F ) - MEDICAL CALL SINGLE PATIENT TOWNEPLACE SUITES BY MARRIOTT COMPLETE SPECIAL ADDRESS COMMENT: ** LOI SEARCH C |
| Narrative Name | Towne Place IC-3943 |
| Narrative Type | Incident |
| Narrative Date | 06:55:15 Sunday, May 22, 2005 |
| Author | SPE - Perry, Steven J |
| Author Rank | 40CAPT |
| Author Assignment | 1 |
| Narrative Text | At 2311 hours on Thursday May 19, 2005 we were dispatched to an EMS call. Three units were assigned to this incident. Five personnel responded. We arrived on scene at 2316 |

**Narratives**

hours and cleared at 0038 hours. The incident occurred at 39802 CEDAR Blvd, NEWARK in District 43. The local station is 3. The general description of this property is hotel/motel, commercial. The primary task(s) performed at the scene by responding personnel was to provide advanced life support (ALS). No mutual/automatic aid was given or received.

One patient was involved with this incident.

3943 and 3993 responded to a report of a man down (possible code blue) in the fitness room at Towne Place Suites. Upon arrival we found the patient slumped on the floor next to the treadmill and the wall.

We moved the treadmill to gain access to the patient. We positioned the patient supine on the floor. Paramedic Bell assessed the patient for a pulse and responsiveness. The patient was not breathing and did not have a pulse. N.P.D. Officers arrived on scene.

Firefighter Morua started CPR. I advised dispatch that we were working a "code blue". We applied the heart monitor to the patient. N.P.D. assisted us in locating the patient's family.

Paramedic Bell administered ALS care per ALCO protocols. Paramedic Owens intubated the patient. We continued CPR.

AMR crew arrived on scene. NFD continued ALS care. After three rounds of meds, ALS care was terminated per Alameda County protocol (#7204). AMR crew was cancelled on scene. We remained on scene and awaited the arrival of family members.

The patient's family arrived on scene. N.P.D. and 3943 provided the family grief support. The patient was left in the custody of N.P.D. 3943 and 399 returned to quarters.

Alarm number 5001119 has been assigned to this incident.

End of Report

D 00003

NEWARK POLICE DEPARTMENT
**Investigation Report**

CASE NO. 05-3176

| Officer / Badge #: | Date / Time Reported: | Day of Week: | Date / Time of Occurrence: |
|---|---|---|---|
| Loughery #59 | 5-19-05/2313 | Thur | From: 5-19-05/2230 To: 2313 |

| Location: | Business Name: | Apt. #: | City | Zip: |
|---|---|---|---|---|
| 39802 Cedar Blvd - Towneplace Suites | | | (✓) Newark | (X) 94560 |

| Offense(s): | Classification: | Loc. Code: | Related Cases: |
|---|---|---|---|
| Unattended Death | UNK | 14 | Related Officer: |

Weapon / Instrument Used: ( ) None | Point of Entry: | Loss: $

| Code: | Arrest: | Status: | Dispo: | Name: (Last, First MI) | Race: | Sex: | DOB: |
|---|---|---|---|---|---|---|---|
| V | | | | Bhugra, Satnam Singh | O | M | 9-1-33 |

Address: (X) Residence ( ) Business — 2163 White Owl Way
City / Zip: ( ) Newark 94560 — Okemos, MI 49864
(X) Residence (517) 410-3721 ( ) Business ( ) Cell

| DL#/ST: | SSN: | PFN / Local #: | Height: | Weight: | Hair | Eyes: |
|---|---|---|---|---|---|---|
| B260759766681/MI | UNK | | 6'00" | 180 | Grey | BRO |

| Code: | Arrest: | Status: | Dispo: | Name: (Last, First MI) | Race: | Sex: | DOB: |
|---|---|---|---|---|---|---|---|
| W | | | | Beckett, Stephanie | W | F | 5-29-71 |

Address: (X) Residence ( ) Business
City / Zip: ( ) Newark 94560
(X) Residence ( ) Business (X) Cell

| DL#/ST: | SSN: | PFN / Local #: | Height: | Weight: | Hair: | Eyes: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Code: | Arrest: | Status: | Dispo: | Name: (Last, First MI) | Race: | Sex: | DOB: |
|---|---|---|---|---|---|---|---|
| W | | | | Bentaieb, Samir (Manager) | O | M | 1-26-64 |

Address: ( ) Residence (X) Business — 39802 Cedar Blvd
City / Zip: (X) Newark 94560
( ) Residence (X) Business (510) 438-9098 ( ) Cell

| DL#/ST: | SSN: | PFN / Local #: | Height: | Weight: | Hair: | Eyes: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Code: | Arrest: | Status: | Dispo: | Name: (Last, First MI) | Race: | Sex: | DOB: |
|---|---|---|---|---|---|---|---|
| I | | | | Bhugra, Narinder (Wife) | O | F | 1-1-34 |

Address: (X) Residence ( ) Business — 2163 Whiteowl Way
City / Zip: ( ) Newark 94560 — Okemos, MI 49864
(X) Residence (517) 410-3721 ( ) Business ( ) Cell

| DL#/ST: | SSN: | PFN / Local #: | Height: | Weight: | Hair: | Eyes: |
|---|---|---|---|---|---|---|
| | | | 5'00" | 130 | Grey | BRO |

**PROPERTY/DRUG MODULE**

| No. | Status | UCR | Model / Make | Serial Number | Description | Qty | Value | APS |
|---|---|---|---|---|---|---|---|---|
| 1 | E | O | (1) Computer disk, medical report, -to evid- | | | | | ( ) Y ( ) N |
| | | | | | | | | ( ) Y ( ) N |
| | | | | | | | | ( ) Y ( ) N |

**NEWARK POLICE DEPARTMENT**
**CONTROLLED DOCUMENT**
**Released To:** Brady, Vonderck, Ryll & ...
**Released By:** PSA 3 Date: 1/24/07

**ASSOCIATED VEHICLE**

| Code | Year | Make | Model | Body Type | Color | License No. ( ) One ( ) Two | Month/Year | State |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**CITIZEN'S ARREST/JUVENILE CITATION**

I HEREBY ARREST THE NAMED DEFENDANT(S) ON THE CHARGE(S) INDICATED AND REQUEST A PEACE OFFICER TO TAKE HIM/HER INTO CUSTODY. I WILL APPEAR AS DIRECTED AND SIGN A COMPLAINT AGAINST THE PERSON(S) I HAVE ARRESTED.

CITATION #
COURT DATE & TIME:

NAME: ______ SIGNED: ______

**JUVENILE ARRESTS** ADVISED OF RIGHTS ( ) YES ( ) NO TELEPHONE CALLS GIVEN: ( ) YES ( ) NO PARENTS NOTIFIED: ( ) YES ( ) NO

**REPORT ROUTING/DISPOSITION**

COP: | Capt: | Lt: | Sgt: | Det: ✓ | PC: ✓ | DA: | FU: | JP: | Other: | Total Copies:

Investigative Status: (X) Active ( ) Inactive ( ) Unfounded ( ) Cleared by Arrest/Exception
Case Disposition: ( ) Unfounded ( ) Action Completed ( ) Cleared by Arrest

Reviewed By: [signature] 5/20/05 | Assigned To: Detectives | Follow-Up Due Date: 6/22/05 | Date Received in Records: MAY 23 2005 | Data Entry:

(NPD010) Suspect Investigation Report. Revised 8/25/04)

D 00004

EXHIBIT B



# NEWARK POLICE DEPARTMENT
## INVOLVED PERSONS

**CASE NO:** 05-3176 **PAGE** 2 **OF** 4

**INVOLVED PERSONS**

CODE: I - INFORMANT V - VICTIM W - WITNESS S - SUSPECT RP - REPORTING PERSON
ARREST: N - NONE OV - ON VIEW W - WARRANT ARREST PC - PROBABLE CAUSE CA - CITIZENS ARREST
STATUS: (1) CITE (2) BOOK (3) OTHER
ADULT DISPO: R - RELEASED T - TURNED OVER TO ANOTHER AGENCY M - MISDEMEANOR F - FELONY
JUVENILE DISPO: D - HANDLED WITHIN DEPT J - JUVENILE COURT T - TURNED OVER TO ANOTHER AGENCY

---

CODE: I | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, MENIDER "MELINDA" (DAUGHTER) | RACE: O | SEX: F | AGE / DOB: 11-18-59

ADDRESS: [X] RESIDENCE [ ] BUSINESS 217 E. 85TH ST | CITY / ZIP: NEW YORK, NY 10028 | PHONE: [X] RESIDENCE [ ] BUSINESS (212) 592-4049

DL# | ST: | SSN: | PFN LOCAL NBR: | HEIGHT 5'4" | WEIGHT: 130 | HAIR: BLK | EYES: BRO

INJURY: [ ] YES [ ] NO | INJURY DESCRIPTION: CELL PHONE (408) 505-4584 | VIC RELATION TO OFFENDER:

I DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ] | TRANSPORTED TO: | OTHER DESCRIPTION : (SCARS, MARKS, TATTOOS, CLOTHING, ETC)

---

CODE: I | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, RUTH (DAUGHTER) | RACE: O | SEX: F | AGE / DOB: 6-17-63

ADDRESS: [X] RESIDENCE [ ] BUSINESS 2163 WHITE OWL WAY | CITY / ZIP: OKEMOS, MI 48864 | PHONE: [X] RESIDENCE [ ] BUSINESS (517) 410-3721

DL# | ST: | SSN: / | PFN / LOCAL NBR: | HEIGHT 5'6" | WEIGHT: 140 | HAIR: BRN | EYES: BRO

INJURY: [ ] YES [ ] NO | INJURY DESCRIPTION: | VIC RELATION TO OFFENDER:

I DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ] | TRANSPORTED TO: | OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

CODE: I | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): BHUGRA, PAUL (SON) | RACE: O | SEX: M | AGE / DOB: 8-2-62

ADDRESS: [X] RESIDENCE [ ] BUSINESS 2163 WHITE OWL WAY | CITY / ZIP: OKEMOS, MI 48864 | PHONE: [X] RESIDENCE [ ] BUSINESS (517) 410-3721

DL# | ST: | SSN: / | PFN LOCAL NBR: | HEIGHT 6'01" | WEIGHT: 190 | HAIR: BLK | EYES: BRO

INJURY: [ ] YES [ ] NO | INJURY DESCRIPTION: | VIC RELATION TO OFFENDER:

I DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ] | TRANSPORTED TO: | OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

CODE: | ARREST: | STATUS: | DISPO: | NAME (LAST, FIRST, MI): | RACE: | SEX: | AGE / DOB:

ADDRESS: [ ] RESIDENCE [ ] BUSINESS | CITY / ZIP: | PHONE: [ ] RESIDENCE [ ] BUSINESS

DL# | ST: | SSN: | PFN / LOCAL NBR: | HEIGHT | WEIGHT: | HAIR: | EYES:

INJURY: [ ] YES [ ] NO | INJURY DESCRIPTION: | VIC RELATION TO OFFENDER:

DOUBLE-LOCKED AND CHECKED THE HANDCUFFS FOR TIGHTNESS: [ ] | TRANSPORTED TO: | OTHER DESCRIPTION : (CLOTHING, SCARS, MARKS, TATTOOS, ETC)

---

**NEWARK POLICE DEPARTMENT**
***CONTROLLED DOCUMENT***
**Released To:** Brady, Vorwerck, Ryder & Caspino
**Released By:** PSA 3 **Date:** 4/24/07

D 00005

NEWARK POLICE DEPARTMENT
PROPERTY/DRUG REPORT/NARRATIVE

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 5-19-05 | Loughery | 59 | Page 3 of 4 Pages |

**SCENE:**

On the listed date and time I was dispatched to the report of a man down in the gym at Towneplace Suites by Marriott. Officer Roman and Reserve Officer Allum and Newark Fire Dept Engines 3943 and 93 arrived on scene at approximately 2317 hours. I arrived at approximately 2318 hours and found NFD personnel giving CPR and medical treatment to the victim, later identified as Satnam Bhugra in the gym area of the hotel. AMR Unit # 566 arrived on scene.

I spoke with Officer Roman who advised me she found Satnam alone in the gym area slumped over, not breathing and no pulse. (Refer to Officer Roman's supplement) NFD Personnel pronounced Satnam deceased at 2330 hours. NFD Capt Perry advised me there did not appear to be any signs of foul play. Reserve Officer Allum used a thermostat mounted in the room to determine the ambient temperature in the gym area to be approximately 72 degrees (Fahrenheit).

I noted a treadmill near the north wall and an exercise bike nearest the door to the gym. A television was mounted on the wall near the door. An air conditioning unit was mounted in the N/W corner of the room. I did not see any obvious signs of trauma to Satnam. Satnam's tan color turban was lying on the floor adjacent to the air conditioning unit. Officer Roman advised me she noted the turban was lying on the floor when she arrived. There were no signs of a struggle or anything out of the ordinary in the room.

**INVESTIGATION:**

I spoke with hotel shift manager Samir Bentaieb who told me he saw Satnam in the gym area at approximately 2230 hours walking on the treadmill alone. At approximately 2310 hours, a guest, later identified as Stephanie Beckett, advised him that the person in the gym was collapsed and not breathing. Hotel staff called 911. Bentaieb did not note anything suspicious in the area. Bentaieb told me that Satnam and his family checked in to the hotel on 4-9-05. (See attached rental agreement) Bentaieb advised me that Satnam's room was # 131.

I responded to room # 131 and contacted a female who identified herself verbally as Narinder Bhugra, Satnam's wife. Narinder's primary language was Pakistani, but was partially able to communicate in English. Narinder told me her husband had left to walk on the treadmill in the gym. Narinder said her husband did not have any medical problems, did not take medications and had not seen his doctor lately.

I responded back to the gym and was advised by NFD Capt Perry that Satnam was pronounced dead at 2330 hours. Capt Perry gave me a copy of the NFD medical report. (See attached photocopy) I contacted Stephanie Beckett in the lobby who told me the following. Beckett was washing laundry in the laundry room and decided to work out

NEWARK POLICE DEPARTMENT
*CONTROLLED DOCUMENT*
Released To: Brady, Vorwerck, Ryder & Caspian
Released By: PSA3 Date: 9/24/07

**NEWARK POLICE DEPARTMENT**
**PROPERTY/DRUG REPORT/NARRATIVE**

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 5-19-05 | Loughery | 59 | Page 4 of 4 Pages |

while she waited. At 2310 hours she walked into the gym and saw a male, later identified as Satnam Bhugra, lying on the floor slumped against an air conditioning unit. Satnam was not moving and didn't appear to be breathing. Beckett ran and advised Hotel staff to call 911.

The Newark Fire Dept personnel (Engine 3943 and 93) who responded and gave medical aid to Satnam were;

- Capt. Steve Perry
- Medic Reggie Bell
- FF Ernie Morua
- FF Gary Owens
- FF Charlie Verhoeven

AMR unit # 566 responded with EMT's Jason Faria and Marisa Nietogomez.

Satnam's daughter, Melinda Bhugra, responded and met me on scene. Melinda assisted me in getting information from Narinder, who was more comfortable speaking in her native language of Pakistani. Narinder, through Melinda, told me that Satnam last saw his doctor approximately one year ago for his annual physical. Satnam was in excellent health and had no medical problems. He walked on the treadmill every day.

Because there was no appearance of foul play, and at the family's request, I allowed Satnam's wife, two daughters, and son to spend several minutes with Satnam prior to the Coroner's arrival.

I contacted the Alameda County Coroner's Office by telephone and spoke with Deputy R. Robson # 1592. I advised Deputy Robson of the unattended death. Deputy Robson advised me she would be enroute. Deputy Robson and Deputy Coroner G. Williams # 20 arrived at 0145 hours and took over the scene. I photographed the scene with a digital camera.

**EVIDENCE:**

I booked the computer disk with digital pictures and original NFD medical report into evidence at NPD.

**DISPOSITION:**

Deputy Robson and Deputy Coroner Williams removed Satnam's body and released Satnam's effects to his wife.

B. Loughery #59

NEWARK POLICE DEPARTMENT
*CONTROLLED DOCUMENT*
Released To: Brady, Vorwerck, Ryder & Caspino
Released By: PSA 3 Date: 9/24/07

**NEWARK POLICE DEPARTMENT**
**PROPERTY/DRUG REPORT/NARRATIVE**

| CASE NO. | DATE | OFFICER | NO. | |
|---|---|---|---|---|
| 05-3176 | 05/19/05 | Roman | 26 | Page 1 of 1 Pages |

On the listed date and time, I was on patrol in a marked police vehicle as a double unit with Reserve Officer Allum. At 2313 hours, I was dispatched to Town Place Suites located at 39802 Cedar Blvd. for an outside assist for Newark Fire Department. Dispatch advised me the call was for a man down not breathing and unconscious. Reserve Officer Allum and I responded code 3 from Mowry Ave. We arrived at 2317 hours. Upon arrival, I contacted Town Place Suite Manager Samir Bentaieb and he directed me to the gym.

Upon entering the gym, I noticed a male slouched against an air conditioning unit. The male, later identified as Satnam Bhugra, was on his knees and his back was leaning against the air conditioning unit. Bhugra's head was leaning back as if he had no muscle control. Bhugra was not breathing. Bhugra's eyes were open and had a glassy appearance. I began to ascertain if Bhugra had a pulse using his left radial artery, but was unable to find a pulse. Newark Fire Department arrived several seconds after Reserve Officer Allum and I did, and began CPR. Refer to Officer Loughery's report for additional details on the investigation.

[signature] 26

Roman # 26
05/20/2005 02:57 Hours

NEWARK POLICE DEPARTMENT
***CONTROLLED DOCUMENT***
**Released To:** Brady, Vorwerck, Ryder & Casino
**Released By:** PSA3 **Date:** 9/24/07



NEWARK POLICE DEPARTMENT
NARRATIVE

| CASE NO: 05-3176 | DATE: 7-5-05 | OFFICER: WILLIAMS # 8 | PAGE | OF | |
|---|---|---|---|---|---|

**SUPPLEMENT:**
On 5-24-05 I received this case for follow-up investigation.

On 6-22-05 I sent a fax to the Coroner requesting a copy of their completed report.

On 7-5-05 I received the attached Coroner Investigator's Report (ACSO Case # 2005-01514).

I reviewed the report and noted Investigator Williams determined the manner of death was natural. Williams' supervisor as not reviewed the case as of 6-29-05.

I reviewed the Autopsy Protocol from Doctor Levin dated May 20, 2005. Dr Levin determined the cause of death was Cardiac Insufficiency due to Severe Coronary Artery Calcific Atherosclerosis.

**DISPOSITION:**
Based on the Coronor Investigation and the findings of the autopsy, this case is a natural death. This case is closed, no further police action.

P. Will #8

P. Williams # 8
7-5-06 1430

NEWARK POLICE DEPARTMENT
*CONTROLLED DOCUMENT*
**Released To:** Brady, Vorwerck, Ryder & Caspino
**Released By:** PSA3 **Date:** 9/24/07

Report Routing / Disposition

| COP | Lt: | SGTS: | DET: | PC: | DA | FU | JP | CHP | SRV CTR | ENG | AA | COURT: | OTHER: | TOTAL: Ø |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INVESTIGATIVE STATUS: | CASE DISPOSITION | |
|---|---|---|
| ( ) ACTIVE ( )INACTIVE ( )UNFOUNDED | ( ) UNFOUNDED ( )CLEARED BY ARREST | ( )CLEARED BY ARREST, OTHER AGENCY |
| ( ) CLEARED BY ARREST/EXCEPTIONAL | (X) ACTION COMPLETED | ( ) EXCEPTION- DEATH OF OFFENDER |
| | ( ) EXCEPTION- PROSECUTION DECLINED | ( ) EXCEPTION- EXTRADITION DECLINED |
| (X) CLOSED, ACTION COMPLETED | ( ) EXCEPTION- VICTIM REF TO COOP | ( ) EXCEPTION- JUVENILE/NO CUSTODY |

| Reviewed By: Sgt | Assigned To: | Follow-up Due: | Date to Records: JUL 13 2005 | Data Entry: |
|---|---|---|---|---|

JUL 12 2005

D 00009

COUNTY OF ALAMEDA
SHERIFF - CORONER - PUBLIC ADMINISTRATOR
480 4th Street, Oakland, California 94607 - 3829
(510) 268-7300 Fax (510) 268-7333

**ACCOUNTING RECEIPT** 37253

Date:

Coroner Case #: 2005-01514

PA Case #:

Date of Death: 5/19/2005

Decedent or Estate Name: Last Name: BHUGRA First Name: SATMAN M.I.

Received from: BRADY, VORWERCK, RYDER, + CASPINO

Address: 790 CITY DRIVE 4th FLOOR
ORANGE, CA 92868

the sum of: $ FIVE DOLLARS 00/100 dollars.

☒ Check #: 33773

☐ Cash $5.00

**SERVICE**

☐ 1a - Removal ☐ 1b - Storage ☐ 1c - Prep ☐ 2a - Sealing

☒ 3a - Search/Copy/Process one Coroner Case File.

☐ 4a - Search/Copy/Process one Coroner Case File (subpoena)

☐ __ - ______

**DISTRIBUTION**

☐ 479990 Other Revenue
- ☐ PC 7660 a(1)
- ☐ PC 7660 a(2)

☐ PA Revolving Fund

☐ Other:

☐ 461260 PA Fees

☐ 469990 Coroner's General

☐ 84612 Coroner's Unclaimed

☐ 84613 PA Trust

Sheriff / Coroner - Public Administrator, by: X [signature]

White - Payor Yellow - Accounting Pink - Control Green - Case Files (Service Tracking)

EXHIBIT C

D 00010



# Alameda County Sheriff's Office

Charles C. Plummer, Sheriff / Coroner

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

2005 - 01514
Removal Case
BHUGRA

## Coroner Investigator's Report

**HUGRA, Satnam Sigh**
edent's Name

**2005 - 01514**
Case Number
**Removal Case**

**05/19/2005 - 2330 hrs.**
Date / Time of Death

dent Aliases

**Natural**
Manner of Death

**05/19/2005 - 2358 hrs.**
Date / Time Reported

## ecedent Information

**2163 White Owl Way**
**Okemos, MI 48864 ( 517 ) 410 - 3721**
Residence of the Deceased

**College Professor**
Occupation

**Married**
Social Status

**Pakistan**
Birthplace

**09/01/1933**
Birthdate

| **Male** | **71y 8m 18d 23h 30m** | **189** | **71** | **Brown** | **Gray** |
|---|---|---|---|---|---|
| Sex | Age (Yr, Mo, Day, Hr, Min) | Weight | Height (in inches) | Eye Color | Hair Color |

| **Other** | | | | | |
|---|---|---|---|---|---|
| Ethnic Group | Social Security Number | Teeth | Hair Style | Hair Length | Facial Hair |

**Chapel of The Valley, 20359 Lake Chabot Road, Castro Valley, CA 94546 ( 510 ) 581 - 0900**
Funeral Home

## cation of Death

**39802 Cedar Blvd., Newark, CA 94560**

Location of Death

**Newark Police Department**
Law Enforcement Agency with Jurisdiction over the Location of Death

**Newark Police Department**
Law Enforcement Agency Investigating the Death

If Hospital (IP or ER/OP)

**2005-3176**
Investigating Law Enforcement Agency Report Number

**05/20/2005 - 0306**
Date / Time Body Received

**Rosario Robson**
Body Received By

**22963(C), 32574(A)**
Receipt Number(s)

## eliminary Condition of the Decedent

**Normal**
Condition of the Body

Special Circumstatnces

| **05/19/2005 - 2330** | **Newark Fire 3943** | **Beginning** | **Present** | **Cold** |
|---|---|---|---|---|
| Date / Time Death Pronounced | Death Pronounced By | Rigor | P/M/L | Body Temprature |

## mments & Special Circumstances

☐ AIDS ☐ SIDS Date Referred to PA

☐ Dom. Violence ☐ Injured At Work

If Case Involved A Traffic Accident
Traffic Accident Relationship
☐ Traffic Accident on Private Property

If Police May Have Been Involved In The Circumstances Of Death
Level of Police Involvement
Law Enforcement Agency / Jail Facility

**Reported natural death. Found down in Gym of Town Place Suites by Marriot Hotel in Newark. No medical history. Language barrier with family. No eating, trauma or foul play was observed. .**

Preliminary Summary

D 00011

Ala●ela County Sheriff's Office
Charles C. Plummer, Sheriff / Coroner
Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

2005 - 01514
Removal-Case
BHUGRA

# Coroner Investigator's Report

## Next of Kin

BHUGRA, Narindir [Spouse]

2163 White Owl Way
Okemos, MI 48864
Name and Address

[Residence] ( 517 ) 410 - 3721
Phone Number(s)

Date / Time Notified of Death

## Property and Money

BHUGRA, Narindir [Spouse]

2163 White Owl Way
Okemos, MI 48864
Name and Address

[Residence] ( 517 ) 410 - 3721
Phone Number(s)

Date / Time Notified of Death

## Reporting Party

LOUGHERY, D. , Officer #59 [Police Officer]
Newark Police Department
37101 Newark Boulevard
Newark, CA 94560
Name and Address

[Work Phone] ( 510 ) 790 - 7237
Phone Number(s)

05/19/2005 - 2358 hrs.
Date / Time Reported Death

## Found By

Phone Number(s)

Name and Address

Date / Time Notified of Death

## Signing Physician

Phone Number(s)

Name and Address

Date / Time Notified of Death

## Investigator's Narrative

FIRST CALL INFORMATION:

About 2358 hours, May 19, 2005, I (ROBSON) received a telephone call from Officer LOUGHERY of the Newark Police Department reporting the death of Satnam Sigh BHUGRA. According to Officer LOUGHERY, BHUGRA was found down in the gym of the Town Place Suites by Marriott, in Newark. BHUGRA lives in Okemos Michigan and is on a business trip along with his family. Today, at about 2230 hours, BHUGRA was seen working out in the hotel gym by the manager, who later discovered him

D 00012

tember 14, 2005 - 2024 hrs. Gerald Williams Page 2 of 5

# Alameda County Sheriff's Office

Charles C. Plummer, Sheriff / Coroner

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)



## Coroner Investigator's Report

**vestigator's Narrative (Continued)**

unresponsive. 911 was called, the Newark Fire Department responded and death was determined. No eating, trauma or foul play was observed by the officer. (RR#1592)

MEDICAL SUMMARY:

Per the wife, no medical problems. (RR#1592)

BOX 113 ON THE DEATH CERTIFICATE:

No, male. (RR#1592)

DESCRIPTION OF THE DEATH/INJURY SCENE:

Death Scene: Gym, Town Place Suites By Marriott in Newark.

BODY IDENTIFICATION

The decedent was identified by his Michigan Driver's license #B26075876681. (RR#1592)

NEXT OF KIN INVESTIGATION:

Wife, Narindir BHUGRA. (RR#1592)

OTHER AGENCY REPORTS:

PROPERTY & EVIDENCE:

CORONER FEES:

On May 20, 2005, I (ROBSON) spoke with Minder BHUGRA (decedent's daughter) about all Coroner's involvement and fees. I asked her to relate the information to her mother and she agreed. (RR#1592)

OTHER INVESTIGATIVE DETAILS/SUPPLEMENTAL INFORMATION:

D 00013



Alameda County Sheriff's Office
Charles C. Plummer, Sheriff / Coroner
Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

# Coroner Investigator's Report

## Investigator's Narrative (Continued)

About 0135 hours, May 20, 2005, Coroner Investigator WILLIAMS and I (ROBSON) responded to the above address and met Officer D. LOUGHERY. He directed WILLLIAMS and me to the scene where BHUGRA was located. His body was located face up in the hotel gym. His body was in rigor and lividity was present and consistent with the position of discovery. The decedent was moved into the Coroner's van for transport back to the Bureau.

About 0245 hours, we returned to the Bureau and we processed the decedent into the morgue. (RR#1592)

FINDINGS:

About 0001 hours, Thursday, June 9, 2005, I (WILLIAMS) reviewed this case for the purpose of establishing a manner of death. Based on my review the manner of death has been established as a natural death. Due to the lack of any medical information a full autopsy was performed. The Autopsy Protocol is consistent with this finding in that death was due to cardiac insufficiency due to severe coronary artery calcific atherosclerosis. (GW#20)

SUPERVISOR REVIEW:

On September 9, 2005, I (GIBBS) reviewed the contents of this report and concur with the findings. (ckg #2)

D 00014

# Alame[illegible] County Sheriff's O[illegible]e

Charles C. Plummer, Sheriff / Coroner

2005 - 01514
Removal Case
BHUGRA

Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829 (510) 268-7300 / (510) 268-7333 (fax)

## Coroner Investigator's Report

### ause of Death

**Cardiac insufficiency**
Immediate Cause of Death

**Minutes**
Interval

**severe coronary artery calcific atherosclerosis.**
Due To

**Years**
Interval

**David Levin, M.D.**
Cause of Death Given By

**05/20/2005**
Cause of Death Given On

D 00015



**Alameda County Sheriff's Office**

CORONER'S BUREAU, 480 FOURTH STREET, OAKLAND, CA 94607-3829
Voice (510) 268-7300 Fax (510) 268-7333

CHARLES C. PLUMMER, SHERIFF
MARSHAL - CORONER - PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES

# MEMORANDUM

DATE: May 20, 2005

FROM: David E. Levin, M.D.

TO: Case File 2005-01514

SUBJECT: AUTOPSY PROTOCOL

Autopsy performed upon the body of Satnam Singh Bhugra at the Coroner's Bureau, 480 4th Street, Oakland, California, on May 20, 2005, at 8:45 a.m.

## ANATOMICAL DIAGNOSES

1) SEVERE CALCIFIC ATHEROSCLEROSIS OF CORONARY ARTERIES.

2) SEVERE CALCIFIC ATHEROSCLEROSIS OF AORTA.

3) VISCERAL ORGAN CONGESTION.

4) RIGHT PLEURAL ADHESIONS.

5) MILD NEPHROSCLEROSIS.

CAUSE OF DEATH: CARDIAC INSUFFICIENCY DUE TO SEVERE CORONARY ARTERY CALCIFIC ATHEROSCLEROSIS.

cc: EMS

**EXTERNAL EXAMINATION**

**GENERAL FINDINGS:** The body is that of a well-developed adult male, appearing the stated age, height, and weight of 71 years, 71 inches, and 189 pounds. The body is nude. There is a Coroner's identification tag attached to the right big toe.

There is rigor mortis present at the jaw, neck, and extremities. Purple livor mortis is present over the dorsal dependent portions of the body.

The capital hair is gray, averaging 4 inches, and there is frontoparietal balding. The irides are brown, and there is marked arcus senilis bilaterally. The sclerae are white. There is mild conjunctival congestion, but no discrete conjunctival hemorrhages. There is a full gray and tan mustache and beard. The ears, nose, and lips are normal. The teeth are natural and in fair repair. The neck is unremarkable. The chest and abdomen are unremarkable. The external genitalia are those of a normal adult male. Two testicles are palpable in the scrotal sac.

The upper extremities are unremarkable. There are no linear scars at the wrists. There are no hyperpigmented scars , identified over accessible veins. The fingernails are short, clean, and without trauma.

The back is unremarkable.

The lower extremities are unremarkable.

There is the following evidence of **MEDICAL THERAPY:**

1) An oral tracheal tube affixed at the mouth.

2) Multiple EKG pads on the chest and abdomen.

3) Two pacer/defibrillator-type pads, one attached to the anterior left side of the chest, and the other present on the left side of the back.

4) A vascular catheter in the right antecubital fossa.

**BLUNT INJURIES** present on the body:

There are no blunt injuries identified on the body.

**INTERNAL EXAMINATION**

The body is opened through the usual Y-SHAPED THORACOABDOMINAL AND INTERMASTOIDAL INCISIONS.

BODY CAVITIES: The organs of the chest and abdomen are in the usual anatomic positions. There are multiple easily lysed, as well as dense fibrous adhesions about the right lung. The left pleural cavity, peritoneal cavity and pericardial sac are lined by smooth shiny serosa, without adhesions. There are no rib fractures, and there is no evidence of trauma to the chest wall. There is mild emphysematous crepitus change to the soft tissue beneath the anterior chest plate, compatible with resuscitative efforts (mechanical ventilation).

CENTRAL NERVOUS SYSTEM AND HEAD: The soft tissue of the scalp is unremarkable. There are no fractures of the skull. The

meninges are unremarkable. The brain, 1450 grams, has normal gyri and sulci. Multiple cut sections of the brain are unremarkable. There are no contusions.

NECK: The strap muscles are negative for hemorrhage. The hyoid bone, thyroid and cricoid cartilages are negative for fracture. The larynx is free of obstructing material. The cervical column is unremarkable.

CARDIOVASCULAR SYSTEM: The heart, 430 grams, has smooth epicardial and endocardial surfaces. The valves and chambers are normally formed. The myocardium is firm and brown. The interventricular septum and the lateral wall of the left ventricle average 1.5 cm in the outflow track, and the right ventricle averages 0.4 cm. The coronary arteries arise from the aorta in the usual fashion, with predominance of the right coronary artery. There is severe calcific atherosclerotic stenosis involving the coronary arteries. The left anterior descending artery has stenosis of up to 80% occlusion over a length of 3/8 inch. The left circumflex coronary artery has stenosis of up to 99% occlusion over a length of 1/8 inch. The right coronary artery has stenosis of up to 75% occlusion over a length of 1/4 inch. The aorta shows focal severe calcific atherosclerosis.

RESPIRATORY SYSTEM: The tip of the oral tracheal tube is present in the trachea. The trachea and bronchi are lined by

smooth tan-purple mucosa and contain scant tan-purple mucoid and watery fluid. The right lung, 450 grams, and the left lung, 400 grams, both have mild dorsal dependent congestion. Multiple sections reveal no areas of consolidation or tumor. The pulmonary arteries are negative for thromboemboli.

GASTROINTESTINAL SYSTEM: The esophagus is unremarkable and lined by a smooth gray mucosa. The stomach contains approximately 250 ml of viscous cloudy tan-orange fluid, containing multiple food-type particles, including pieces consistent with citrus fruit. The stomach is lined by a smooth tan mucosa without ulcers or tumors. The small and large intestines are unremarkable. The pancreas is of normal size and shape, and sections reveal unremarkable lobulated tan parenchyma.

HEPATOBILIARY SYSTEM: The liver, 1600 grams, has a smooth capsule. Multiple cut sections reveal unremarkable brown parenchyma. There is no fibrosis or steatosis. The gallbladder is an unremarkable saccular structure, containing 10 ml of green bile, and is lined by smooth green unremarkable mucosa.

ENDOCRINE SYSTEM: The pituitary, thyroid and adrenal glands are unremarkable. The adrenals have thin bright yellow cortices.

HEMATOLYMPHOID SYSTEM: The spleen, 160 grams, has a smooth gray capsule and soft burgundy parenchyma. There are no enlarged lymph nodes. The bone marrow is firm, red-purple, and gritty.

GENITOURINARY SYSTEM: The right kidney, 150 grams, and the

left kidney, 160 grams, both have capsules that strip with ease, to reveal mildly granular cortical surfaces, consistent with mild nephrosclerosis. The corticomedullary junctions are well-delineated and the cortices average 0.6 cm. The renal parenchyma is congested-purple. The renal pelves, calyces, and ureters are unremarkable. The bladder contains 170 ml of clear yellow urine, and is lined by smooth white-gray unremarkable mucosa. The prostate is unremarkable.

MUSCULOSKELETAL SYSTEM: Unremarkable.

SPECIMENS:

1) Heart blood

2) Leg blood

3) Urine

4) Liver

5) Tissue

David E. Levin, M.D.

DEL/can

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

CERTIFICATE OF DEATH 3200501003499

**Decedent's Personal Data**

| Field | Entry |
|---|---|
| 1. Name of decedent — First | Satnam |
| 2. Middle | Sigh |
| 3. Last | Bhugra |
| 4. Date of birth | 09/01/1933 |
| 5. Age | 71 |
| 6. Sex | M |
| 7. Birth state/foreign country | India |
| 8. Social Security number | 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 |
| 9. Ever in U.S. armed forces? | [X] No |
| 10. Marital status | Married |
| 11. Date of death | 05/19/2005 |
| 12. Hour | 2330 |
| 13. Education | Professional |
| 14. Was decedent Hispanic/Latino? | [X] No |
| 15. Decedent's race | Asian Indian |
| 16. Usual occupation | Professor |
| 17. Kind of business or industry | Education |
| 18. Years in occupation | 41 |

**Usual Residence**

| Field | Entry |
|---|---|
| 19. Decedent's residence | 2163 Whiteowl Way |
| 20. City | Okemos |
| 21. County/Province | Ingham |
| 22. Zip code | 48864 |
| 23. Years in county | 30 |
| 24. State/Foreign country | MI |

**Informant**

| Field | Entry |
|---|---|
| 25. Informant's name, relationship | Amritpreet S. Bhugra, Son |
| 26. Informant's mailing address | 2163 Whiteowl Way, Okemos, MI 48864 |

**Spouse and Parent Information**

| Field | First | Middle | Last | Birth State |
|---|---|---|---|---|
| Surviving spouse | Narinder | Kaur | Arora | |
| Father | Harnam | Singh | Bhugra | India |
| Mother | Ranjit | - | Kaur | India |

1 of 2

**Funeral Director / Local Registrar**

| Field | Entry |
|---|---|
| 38. Disposition date | 05/25/2005 |
| 39. Place of final disposition | Residence of Amritpreet S. Bhugra, 2163 Whiteowl Way, Okemos, MI 48864 |
| 40. Type of disposition | TR/CR/RES |
| 41. Signature of embalmer | Norman S. Curtis |
| 42. License number | 5532 |
| 43. Name of funeral establishment | CHAPEL OF THE VALLEY MORTUARY |
| 44. License number | FD-876 |
| 45. Signature of local registrar | [signature] M.D. |
| 46. Date | 05/24/2005 |

**Place of Death**

| Field | Entry |
|---|---|
| 101. Place of death | Gym |
| 102. If other than hospital | [X] Other |
| 103. County | Alameda |
| 104. Facility address or location where found | 39802 Cedar Boulevard |
| 105. City | Newark |

**Cause of Death**

| | Cause | Time interval |
|---|---|---|
| Immediate cause (A) | Cardiac insufficiency | Minutes |
| (B) | Severe coronary artery calcific atherosclerosis | Years |
| (C) | None | - |
| (D) | None | - |

| Field | Entry |
|---|---|
| 108. Death reported to coroner? | [X] Yes — 2005-01514 |
| 109. Biopsy performed? | [X] No |
| 110. Autopsy performed? | [X] Yes |
| 111. Used in determining cause? | [X] Yes |
| 112. Other significant conditions contributing to death | None |
| 113. Was operation performed for any condition in item 107 or 112? | No |

**Coroner's Use Only**

| Field | Entry |
|---|---|
| 119. Manner of death | [X] Natural |
| 126. Signature of coroner/deputy coroner | [signature] #26 |
| 127. Date | 05/23/2005 |
| 128. Type name, title of coroner/deputy coroner | N. Contreras #26, Deputy Coroner |
| Fax auth. # | 12226 |

*0004707717*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA }
COUNTY OF ALAMEDA } ss

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/27/2005

[signature] M.D.
HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

EXHIBIT D

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

### AFFIDAVIT TO AMEND A RECORD
DEATHS AFTER 1-1994
NO ERASURES, WHITEOUTS, OR ALTERATIONS

STATE FILE NUMBER

3200501003499
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| STATE/LOCAL REGISTRAR USE ONLY | 1. | 2. | 3. |
|---|---|---|---|

PART I INFORMATION TO LOCATE RECORD—TYPE OR PRINT IN BLACK INK ONLY

| NAME AS IT APPEARS ON RECORD | 1. NAME—FIRST (GIVEN): Satnam | 2. MIDDLE: Sigh | 3. LAST (FAMILY): Bhugra |
|---|---|---|---|

| ADDITIONAL INFORMATION TO LOCATE RECORD | 4. SEX: M | 5. DATE OF EVENT—MM/DD/CCYY: 05/19/2005 | 6. CITY OF OCCURRENCE: Newark | 7. COUNTY OF OCCURRENCE: Alameda |
|---|---|---|---|---|
| | 8. FATHER'S NAME AS STATED ON ORIGINAL: Harnam Singh Bhugra | | 9. MOTHER'S NAME AS STATED ON ORIGINAL: Ranjit Kaur | |

PART II STATEMENT OF CORRECTIONS—NO ERASURES, WHITEOUTS, OR ALTERATIONS

LIST ONE ITEM PER LINE

| 10. CERTIFICATE ITEM NUMBER | 11. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 12. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 2 | Sigh | Singh |

2 of 2

REASON FOR CORRECTION: 13. To make the record correct

AFFIDAVITS AND SIGNATURES

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM — USE BLACK INK ONLY

| 14. SIGNATURE OF FIRST PERSON | 15. TITLE/RELATIONSHIP TO PERSON IN PART I | 16. DATE SIGNED—MM/DD/CCYY |
|---|---|---|
| [signature] | Manager | 05/24/2005 |
| 17. AGE: Adult | 18. ADDRESS (STREET, CITY, STATE, ZIP): 20359 Lake Chabot Road, Castro Valley, CA 94546 | |
| 19. SIGNATURE OF SECOND PERSON | 20. TITLE/RELATIONSHIP TO PERSON IN PART I | 21. DATE SIGNED—MM/DD/CCYY |
| [signature] | Secretary | 05/24/2005 |
| 22. AGE: Adult | 23. ADDRESS (STREET, CITY, STATE, ZIP): 20359 Lake Chabot Road, Castro Valley, CA 94546 | |

| STATE/LOCAL REGISTRAR USE ONLY | 24. SIGNATURE OF STATE OR LOCAL REGISTRAR: [signature] M.D. | 25. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS

*000470707*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA, COUNTY OF ALAMEDA } SS

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 05/27/2005

[signature] M.D.
HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARINDER BHUGRA, a personal representative of The Estate of DR. SATNAM SINGH BHUGRA, deceased and NARINDER BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, Individually,

Plaintiffs,

Case No: 1-07-CV0482

Hon.: GORDON J. QUIST

-vs-

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown businesses entities and/or persons,

Defendants.

MICHAEL H. PERRY (P22890)
Fraser, Trebilcock, Davis & Dunlap, PC
Attorneys for Plaintiffs
124 W. Allegan, Suite 1000
Lansing, Michigan 48933
(517) 482-5800

LEONARD A. HENK (P26651)
**Kallas & Henk PC**
Attorneys for Defendants Marriott, CNL Hotels, and CNL Hospitality Only
43902 Woodward Ave, Suite 200
Bloomfield Hills Michigan 48302
(248) 335-5450 ext. 202

**DECLARATION OF JANICE MARTIN**

I, Janice Martin, declare as follows:

1. I am over the age of eighteen years old. I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those

EXHIBIT E

matters, I believe them to be true. If called as a witness to testify, I could and would testify truthfully and competently to the following.

2. I have been employed as a Night Auditor at the Newark TownePlace Suites, located at 39802 Cedar Boulevard, in Newark, California, (hereinafter referred to as the "TownePlace Suites") since December 2004. I was working at the TownePlace Suites on the evening of May 19, 2005, when the incident that is the subject matter of this litigation occurred.

3. My shift began at 11:00 p.m. on the night of the incident. Soon after my shift began, I was speaking to another employee, Samir Bentaieb, in the TownePlace Suites' office, when a female guest came into the office. She informed us that there appeared to be something wrong with another guest, who I later learned was Dr. Satnam Bhugra, who was passed out on the floor in the fitness room.

4. Mr. Bentaieb immediately accompanied the female guest back to the fitness room. Almost immediately thereafter, he came back to the office and told me to call 9-1-1, and he went back to the fitness room. I immediately called 9-1-1, using the office phone. I told the 9-1-1 operator that we had a guest who was passed out on the floor of the fitness room. The 9-1-1 operator asked me questions about the guest, such as was he breathing or moving. I told the operator that I was not in the same room as the guest, and the 9-1-1 operator asked me to go where the guest was located to obtain this information.

5. I laid the telephone receiver on the desk and went to the fitness room. I obtained the information I needed to give to the operator, and went back to the office. However, when I picked up the phone receiver from the desk, no one was on the line. It appeared to me that the 9-1-1 operator had hung up.

6. Before I was able to get back in touch with 9-1-1, Mr. Bentaieb walked back over to the office. It was clear to me that he was speaking to 9-1-1 on his cell phone so I did not make any further attempt to contact 9-1-1.

7. The paramedics arrived at the scene within five minutes of my call to 9-1-1. The police arrived soon thereafter.

8. After the paramedics and police arrived, they did not provide me any information regarding the guest's condition. The police officers specifically asked me not to contact the guest's family, as they would handle that. I followed those instructions. Approximately a half an hour after their arrival, the police officers asked me for Dr. Bhugra's room number. I gave them the room number and let them into the building where the room was located, and went back to the office. Thereafter, I saw the police accompanying Dr. Bhugra's family back to the fitness room. I did not have any contact with Dr. Bhugra's family on the night of the incident.

9. I have been in the hotel industry for approximately 18 years. I have received training from each employer, including my current employer, on what to do in case of a medical emergency. That training included that I am to call 9-1-1 when there is a medical emergency, which is what I did in connection with the subject incident.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26 day of July, 2007 at Newark, California.

Janice Martin

Janice Martin, Declarant

D 00026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARINDER BHUGRA, a personal representative of The Estate of DR. SATNAM SINGH BHUGRA, deceased and NARINDER BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, Individually,

Plaintiffs,

Case No: 1-07 CV0482

Hon.: GORDON J. QUIST

-vs-

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown businesses entities and/or persons,

Defendants.

_____________________________________________/

MICHAEL H. PERRY (P22890)
Fraser, Trebilcock, Davis & Dunlap, PC
Attorneys for Plaintiffs
124 W. Allegan, Suite 1000
Lansing, Michigan 48933
(517) 482-5800

LEONARD A. HENK (P26651)
**Kallas & Henk PC**
Attorneys for Defendants Marriott, CNL Hotels, and CNL Hospitality Only
43902 Woodward Ave, Suite 200
Bloomfield Hills Michigan 48302
(248) 335-5450 ext. 202

_____________________________________________/

**DECLARATION OF SAMIR BENTAIEB**

I, Samir Bentaieb, declare as follows:

1. I am over the age of eighteen years old. I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those

EXHIBIT F

matters, I believe them to be true. If called as a witness to testify, I could and would testify truthfully and competently to the following.

2. On May 19, 2005, I was employed as the Front Desk Supervisor at the Newark TownePlace Suites, located at 39802 Cedar Boulevard, in Newark, California, (hereinafter referred to as the "TownePlace Suites").

3. On May 19, 2005, I was scheduled to work from 3:00 p.m. to 11:00 p.m. Soon after my shift ended at 11:00 p.m., a female guest came into the lobby of the TownePlace Suites. She stated that there appeared to be something wrong with another guest, who I later learned was Dr. Satnam Bhugra, who was passed out on the floor in the fitness room.

4. I immediately ran with the female guest back to the fitness room, where I saw Dr. Bhugra on the floor. Dr. Bhugra was lying on his back, with his knees bent in an upright position. The portion of his arms between the shoulder and the elbow were lying flat on the floor, with his forearms raised up and his fists clenched. His mouth and eyes were open, and his eyes did not blink. I spoke to Dr. Bhugra in loud voice, stating "Sir" several times. Dr. Bhugra did not respond and did not move.

5. I ran back to the hotel office and told another TownePlace Suites employee, Janice Martin, to call 9-1-1. I went back to the fitness room and saw that Dr. Bhugra had not moved. I ran back to the office, at which time Ms. Martin was on the phone with 9-1-1. She asked me a few questions about Dr. Bhugra's condition, which I answered.

6. I walked back toward the fitness room. Although I knew that Ms. Martin was on the phone with 9-1-1, in an abundance of caution, I called 9-1-1 on my cellular phone. The 9-1-1 operator told me that they were already on the phone with my co-worker and an ambulance was on its way, so I discontinued that call.

7. The paramedics arrived at the scene within five minutes of Ms. Martin's call to 9-1-1. The police arrived soon thereafter.

8. After the paramedics and police arrived, guests began congregating in the lobby. I was concerned that these guests might get in the way of the paramedics providing medical attention to Dr. Bhugra, so I focused on keeping these guests away from the fitness room so the paramedics could do their job.

9. While the paramedics were in the fitness room attending to Dr. Bhugra, I asked a police officer if I should contact Dr. Bhugra's family. The police officer said that she would do it, and asked me to show her Dr. Bhugra's room. I took the police officer to the room, and went back to the lobby area.

10. Approximately an hour before the female guest notified me that someone was on the floor in the fitness room, I walked around the outside of the hotel. At that time, I saw Dr. Bhugra using the treadmill, through a window in the fitness room. Later, when I went inside the fitness room and saw Dr. Bhugra on the ground, the treadmill had been turned off.

11. I have been in the hotel industry for approximately 17 years. I have received training from each employer, including Marriott, on what to do in case of a medical emergency. That training included that I am to call 9-1-1 when there is a medical emergency.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17 day of August, 2007 at Santa Clara, California.

Samir Bentaieb, Declarant