UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | No. C07-06491 JCS |
| Plaintiff(s), | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND COMPLIANCE WITH COURTS JULY 22, 2008 ORDER TO SHOW CAUSE** |
| v. | |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the further case management conference, scheduled for August 8, 2008, at 1:30 p.m., before Magistrate Judge Joseph C. Spero, has been continued to **August 29, 2008, at 1:30 p.m.** The Plaintiffs shall comply with the Order to Show Cause that was issued on July 22, 2008 before the case management conference.

IT IS SO ORDERED.

Dated: August 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge