# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-06491 JCS

**CASE NAME:** NARINDER BHUGRA v. MARRIOTT INTERNATIONAL

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Aug. 29, 2008    **TIME:** 7 mins | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:** Sanford M. Cipinko | **COUNSEL FOR DEFENDANT:** Theodore Aldrich |

**PROCEEDINGS:**                                                          **RULING:**

1. Further Case Management Conference                       Held

**ORDERED AFTER HEARING:**

Parties shall exchange informal discovery. Updated jt cmc statement due by 11/26/8. All dates, except for the final pretrial conference, and jury trial date, are vacated and will be re-set, if necessary, at the next cmc.

**ORDER TO BE PREPARED BY:**       ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:** 12/05/08 at 1:30 p.m., for a further case mgmt conference.

| | |
|---|---|
| **Number of Depos:** 5 each side before next cmc | **Discovery Cutoff:** |
| **Expert Disclosure:**        **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury    ( )Court    Set for  days | |

cc:      Chambers; Karen
* (T) = Telephonic Appearance