1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA. 94133
   VOICE:    (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorney for Plaintiff MANINDER BHUGRA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, a personal representative of the Estate of DR. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br>　　　　Defendants. | Case No. C 07-06491 JCS<br><br>**NOTICE OF APPEARANCE** |

Jeremy Cloyd of Law Offices of Sanford M. Cipinko hereby enters his appearance in the above-captioned case on behalf of MANINDER BHUGRA.

///

///

///

---

NOTICE OF APPEARANCE
BHUGRA v. MARRIOT INTERNATIONAL, INC. – USDC No. C07-06491 JSW

1

| | |
|---|---|
| 1 | For purposes of receipt of electronic filings, Jeremy Cloyd's e-mail address is jcloyd@cipinkolaw.com. For all other purposes, Jeremy Cloyd's mailing address is Law Offices of Sanford M. Cipinko, 55 Francisco Street, Suite 403, San Francisco, CA 94133. |

DATED: September 11, 2008            LAW OFFICES OF SANFORD M. CIPINKO

　　　　　　　　　　　　　　　　　　　By:      /s/
　　　　　　　　　　　　　　　　　　　　　JEREMY CLOYD, Attorney for
　　　　　　　　　　　　　　　　　　　　　Plaintiff MANINDER BHUGRA