SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA. 94133
VOICE:      (415) 693-9905
FACSIMILE: (415) 693-9904

Attorney for Plaintiff MANINDER BHUGRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, a personal representative of the Estate of DR. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br>　　　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br>　　　　　Defendants. | Case No. C 07-06491 JCS<br><br>**NOTICE OF APPEARANCE** |

Sanford M. Cipinko of Law Offices of Sanford M. Cipinko hereby enters his appearance in the above-captioned case on behalf of MANINDER BHUGRA.

///

///

///

1    For purposes of receipt of electronic filings, Sanford M. Cipinko's e-mail address

2  is scipinko@cipinkolaw.com.   For all other purposes, Sanford M. Cipinko's mailing

3  address is Law Offices of Sanford M. Cipinko, 55 Francisco Street, Suite 403, San

4  Francisco, CA 94133.

5

6  DATED: September 11, 2008          LAW OFFICES OF SANFORD M. CIPINKO

7

8                                         By:        /s/
                                                 _____
9                                                  SANFORD M. CIPINKO, Attorney
                                                   for Plaintiff MANINDER BHUGRA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE**                                                    2
BHUGRA v. MARRIOT INTERNATIONAL, INC. – USDC No. C07-06491 JSW