SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA. 94133
VOICE:     (415) 693-9905
FACSIMILE: (415) 693-9904

Attorney for Plaintiff MANINDER BHUGRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, a personal representative of the Estate of DR. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br>　　　　　Defendants. | Case No. C 07-06491 JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION |

　　　WHEREAS, the parties desire to have this case submitted to Early Neutral Evaluation; and

　　　WHEREAS, the Court referred this case to Early Neutral Evaluation on April 4, 2008; and

　　　WHEREAS, Plaintiff MANINDER BHUGRA, recently retained new legal

---

STIPULATION AND ~~PROPOSED~~ ORDER RE: EARLY NEUTRAL EVALUATION              1
BHUGRA v. MARRIOT INTERNATIONAL, INC. – USDC No. C07-06491 JSW

1 representation;

2 Counsel for Plaintiff MANINDER BHUGRA and Defendants MARRIOTT
3 INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC.,
4 a foreign corporation, CNL HOSPITALITY PARTNERS, LP hereby stipulate that the
5 time to complete Early Neutral Evaluation be extended 120 days.

7 DATED: October 9, 2008        LAW OFFICES OF SANFORD M. CIPINKO

9 By:     /s/
10         JEREMY CLOYD, Attorney for
           Plaintiff MANINDER BHUGRA

12 DATED: October 9, 2008        BRADY, VORWERCK, RYDER & CASPINO

14 By:     /s/
           RAVI SUDAN, Attorneys for
15         Defendants MARRIOTT
           INTERNATIONAL, INC., a Delaware
16         Corporation, CNL HOTELS AND
           RESORTS, INC., a foreign
17         corporation, CNL HOSPITALITY
           PARTNERS, LP

## [PROPOSED] ORDER

Good cause appearing,

The Court hereby extends the deadline for the parties to complete Early Neutral Evaluation by 120 days from the date of this Order.

DATED: October 10, 2008

By: _____
JOSEPH C. SPERO
United States Magistrate Judge