Michael W. Caspino, Esq. / SBN 171906
Ravi Sudan, Esq. / SBN 146858
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
3100 Oak Road, Suite 250
Walnut Creek, CA 94597
Telephone: (925) 274-9500
Facsimile: (925) 274-9501

Attorneys for Defendants MARRIOTT INTERNATIONAL, INC.,
CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, a personal representative of the Estate of Dr. SATNAM SINGH BHUGRA, MANINDER BHUGRA and PAUL BHUGRA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, CNL HOTELS AND RESORTS, INC., a foreign corporation, CNL HOSPITALITY PARTNERS, LP, a Delaware Limited Partnership, and JOHN DOES, one or more unknown business entities and/or persons,<br><br>Defendants. | Case No.: C 07-06491 JCS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF FURTHER CASE MANAGEMENT CONFERENCE TO JANUARY 9, 2009 |

Plaintiff, Maninder Bhugra, through her attorneys of record, Law Offices of Sanford M. Cipinko and defendants, Marriott International, Inc., CNL Hotels and Resorts, Inc., and CNL Hospitality Partners, LP, through their attorneys of record, Brady, Vorwerck, Ryder & Caspino, stipulate as follows:

1. A court-ordered Early Neutral Evaluation ("ENE") is set to occur on December 11, 2008.

2. In accordance with ADR Local Rule 5-14, the ENE evaluator has ten days within the close of the ENE session to certify the ENE.

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF FURTHER CASE MANAGEMENT CONFERENCE TO JANUARY 9, 2009

3. The parties agree to continue the date of the further case management conference (which is presently scheduled for December 5, 2008) to January 9, 2009, in order to complete the ENE and allow the evaluator adequate time to certify the session.

DATED: December 2, 2008            BRADY, VORWERCK, RYDER & CASPINO

*[signature]*
MICHAEL W. CASPINO
RAVI SUDAN
Attorneys for Defendants MARRIOTT INTERNATIONAL, INC., CNL HOSPITALITY PARTNERS, L.P., and CNL HOTELS AND RESORTS, INC.

DATED: December 3, 2008            LAW OFFICES OF SANFORD M. CIPINKO

*[signature]*
JEREMY CLOYD
Attorneys for Plaintiff MANINDER BHUGRA

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 12/3/8

*[signature]*
JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*