1  SANFORD M. CIPINKO, Esq., SBN 88102
   JEREMY CLOYD, Esq., SBN 239991
2  LAW OFFICES OF SANFORD M. CIPINKO
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA. 94133
   VOICE:      (415) 693-9905
4  FACSIMILE:  (415) 693-9904

5  Attorney for Plaintiff MANINDER BHUGRA

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NARINDER BHUGRA, a personal              )  Case No. C 07-06491 JCS
    representative of the Estate of DR.      )
12  SATNAM SINGH BHUGRA, MANINDER            )  [PROPOSED] ORDER ALLOWING
13  BHUGRA and PAUL BHUGRA,                  )  PLAINTIFF MANINDER BHUGRA TO
    individually,                            )  APPEAR TELEPHONICALLY AT THE
14                Plaintiffs,                )  DECEMBER 11, 2008 EARLY NEUTRAL
                                             )  EVALUATION
15  v.                                       )
                                             )
16                                           )
    MARRIOTT INTERNATIONAL, INC., a          )
17  Delaware Corporation, CNL HOTELS         )
    AND RESORTS, INC., a foreign             )
18  corporation, CNL HOSPITALITY             )
    PARTNERS, LP, a Delaware Limited         )
19  Partnership, and JOHN DOES, one or       )
20  more unknown business entities and/or    )
    persons,                                 )
21                Defendants.                )
22  _____ /

23

24

25

26

27

28

[PROPOSED] ORDER
BHUGRA v. MARRIOT INTERNATIONAL, INC. – USDC No. C07-06491 JSW                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Good cause appearing,

The Court hereby grants permission for Plaintiff MANINDER BHUGRA to appear telephonically at the December 11, 2008 Early Neutral Evaluation.

DATED: *December 9, 2008*

By: _____

~~JOSEPH C. SPERO~~
United States Magistrate Judge
*Wayne D. Brazil*

[PROPOSED] ORDER
BHUGRA v. MARRIOT INTERNATIONAL, INC. – USDC No. C07-06491 JSW