UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | No. C-07-06491 JCS |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFFS' FIRST MOTION TO WITHDRAW AS COUNSEL [Docket No. 51], ORDER TO SHOW CAUSE, AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

On March 17, 2009, Sanford Cipinko and Jeremy Cloyd filed a First Motion to Withdraw as Counsel for Plaintiffs (the "Motion").

On April 3, 2009, the Motion came on for hearing. Yuliya Magamedov, appeared for Plaintiffs. William Abbott made a special appearance for Plaintiffs. Defendant did not appear.

For reasons stated on the record, IT IS HEREBY ORDERED THAT the Motion is GRANTED pursuant to Civil L.R. 11-5 (b) subject to the condition that papers may continue to be served on counsel for forwarding purposes unless and until the client appears by other counsel or *pro se.* Counsel must notify the party of this condition. Plaintiffs Oral Motion for a 90-day Extension of Time to Obtain New Counsel is DENIED.

IT IS HEREBY FURTHER ORDERED that the individual Plaintiffs suing on their own behalf shall appear *pro se* or through new counsel admitted to practice in this Court at a case management conference set for **May 8, 2009, at 1:30 p.m.** Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, must appear through new counsel at that time. The Court notes that persons suing as representatives of estates of deceased persons may not appear *pro se*, and must appear through counsel. *See Stewart v. Chelan County District Court,* 2007

WL 870345, at *4 (E.D. Wash); *Jones v. Correctional Med. Servs., Inc.,* 401 F.3d 950, 951-52 (8th Cir. 2005).

IT IS HEREBY FURTHER ORDERED that Narinder Bhugra, personal representative of the Estate of Dr. Satnam Singh Bhugra, shall appear on **May 8, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the personal representative should not be dismissed for failure to appear through counsel if counsel does not appear at that time.

IT IS SO ORDERED.

Dated: April 6, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

2