**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER BHUGRA, ET AL., | Case No. C07-6491 JCS |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| MARRIOTT INTERNATIONAL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that this action shall be dismissed without prejudice for Plaintiffs' failure to prosecute, for failure to comply with this Court's Orders, and failure to appear as ordered by the Court.

IT IS SO ORDERED.

Dated: May 26, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge